UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Paragould Light & Water )<br>Commission, d/b/a Paragould )<br>Light, Water & Cable – )<br>PLWC, et al., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>Federal Energy Regulatory )<br>Commission, )<br>)<br>Respondent. ) | No. | 23-1133 |

# UNOPPOSED MOTION OF RESPONDENT FEDERAL ENERGY REGULATORY COMMISSION REQUESTING A SCHEDULE ESTABLISHING A SIXTY-DAY BRIEFING PERIOD

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Respondent Federal Energy Regulatory Commission moves this Court to fix a briefing schedule that affords the Commission a minimum of 60 days after the filing of Petitioner's opening brief in which to file the Commission's answering brief. Because the Commission has numerous cases before this and other Circuits at any given time, the requested 60-day briefing interval facilitates efficient coordination of the Commission's case load and

1

lessens the possibility of being forced to seek an extension after a briefing schedule has been established.

FERC counsel has been informed that neither Petitioners nor Movant-Intervenors oppose this motion.

                                     Respectfully submitted,

                                     Matthew R. Christiansen
                                     General Counsel

                                     Robert H. Solomon
                                     Solicitor

                                     */s/ J. Houston Shaner*
                                     J. Houston Shaner
                                     Attorney

Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC  20426
Tel.:  (202) 502-6883
Email: john.shaner@ferc.gov

June 21, 2023

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(c)(1) and 32(g)(1), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 111 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Century Schoolbook 14-point font using Microsoft Word 365.

*/s/ J. Houston Shaner*
J. Houston Shaner
Attorney

Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC  20426
Tel.:  (202) 502-6883
Email: john.shaner@ferc.gov

June 21, 2023

# CERTIFICATE OF SERVICE

I hereby certify that, on June 21, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>  /s/ J. Houston Shaner
>  J. Houston Shaner
>  Attorney

Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC  20426
Tel.:  (202) 502-6883
Email: john.shaner@ferc.gov