## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Paragould Light & Water Commission,<br>  d/b/a/ Paragould Light, Water & Cable -<br>  PLWC, et al.,<br>                  Petitioners,<br><br>     v.<br><br>Federal Energy Regulatory Commission,<br>                 Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 23-1133 |

## CERTIFIED INDEX TO THE RECORD

Pursuant to the provisions of section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b), the provisions of 28 U.S.C. § 2112, Rule 17 of the Federal Rules of Appellate Procedure, and Circuit Rule 17(b), the Federal Energy Regulatory Commission hereby certifies that the materials listed and described below are: (1) the orders complained of, "Order on Initial Decision," 182 FERC ¶ 61,141, issued February 28, 2023, "Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration," 183 FERC ¶ 62,048, issued May 1, 2023, and "Order Addressing Arguments Raised on Rehearing," 184 FERC ¶ 61,004, issued July 5, 2023 in *Southwest Power Pool, Inc.*, FERC Docket No. ER18-99; and (2) the complete record upon which such orders were entered.

**Record**
**Item No.**       **Description**

**Docket No. ER18-99**

1.          Filed By:  Southwest Power Pool, Inc.
            Filed Date:  10/18/2017
            Accession No.:  20171018-5171
            Description:  Southwest Power Pool, Inc. submits tariff filing per
            35.13(a)(2)(iii): South Central MCN LLC Formula Rate to be
            effective 12/31/9998 under ER18-99 Filing Type: 10.

2.          Issued By:  Secretary of The Commission, FERC
            Filed Date:  10/19/2017
            Accession No.:  20171019-3074
            Description:  Combined Notice of Filings 1, October 19, 2017: This
            notice contains information concerning multiple filings received by
            FERC.

3.          Filed By:  Southwestern Power Administration
            Filed Date:  10/19/2017
            Accession No.:  20171019-5063
            Description:  Motion to Intervene of Southwestern Power
            Administration under ER18-99.

4.          Filed By:  Westar Energy, Inc.
            Filed Date:  10/19/2017
            Accession No.:  20171019-5076
            Description:  Motion to Intervene of Westar Energy, Inc. under ER18-
            99.

5.          Filed By:  South Central MCN LLC
            Filed Date:  10/23/2017
            Accession No.:  20171023-5458
            Description:  Motion to Intervene of South Central MCN LLC under
            ER18-99.

| Record Item No. | Description |
|---|---|

6.  Filed By:  American Electric Power Service Corporation
    Filed Date:  10/24/2017
    Accession No.:  20171024-5103
    Description:  Motion to Intervene of American Electric Power Service Corporation under ER18-99.

7.  Filed By:  Arkansas Electric Cooperative Corporation
    Filed Date:  11/01/2017
    Accession No.:  20171101-5081
    Description:  Motion to Intervene of Arkansas Electric Cooperative Corporation under ER18-99.

8.  Filed By:  NextEra Energy Transmission Southwest, LLC
    Filed Date:  11/02/2017
    Accession No.:  20171102-5058
    Description:  Motion to Intervene of NextEra Energy Transmission Southwest, LLC under ER18-99.

9.  Filed By:  Sunflower Electric Power Corporation
    Filed Date:  11/06/2017
    Accession No.:  20171106-5174
    Description:  Motion to Intervene of Sunflower Electric Power Corporation under ER18-99.

10. Filed By:  City Utilities of Springfield, Missouri
    Filed Date:  11/06/2017
    Accession No.:  20171106-5203
    Description:  Motion to Intervene of City Utilities of Springfield, Missouri under ER18-99.

11. Filed By:  People's Electric Cooperative
    Filed Date:  11/06/2017
    Accession No.:  20171106-5242
    Description:  Motion to Intervene of People's Electric Cooperative under ER18-99.

**Record
Item No.**      **Description**

12.      Filed By:  Kansas City Power & Light Company, KCP & L Greater
         Missouri Operations Company
         Filed Date:  11/06/2017
         Accession No.:  20171106-5254
         Description:  Motion to Intervene of Kansas City Power & Light
         Company and KCP & L Greater Missouri Operations Company under
         ER18-99.

13.      Filed By:  Mid-Kansas Electric Company, LLC
         Filed Date:  11/06/2017
         Accession No.:  20171106-5173
         Description:  Motion to Intervene of Mid-Kansas Electric Company,
         LLC under ER18-99.

14.      Filed By:  Associated Electric Cooperative, Inc.
         Filed Date:  11/07/2017
         Accession No.:  20171107-5066
         Description:  Motion to Intervene of Associated Electric Cooperative,
         Inc. under ER18-99.

15.      Filed By:  KAMO Electric Cooperative, Inc.
         Filed Date:  11/07/2017
         Accession No.:  20171107-5067
         Description:  Motion to Intervene of KAMO Electric Cooperative,
         Inc. under ER18-99.

16.      Filed By:  Basin Electric Power Cooperative
         Filed Date:  11/07/2017
         Accession No.:  20171107-5110
         Description:  Motion to Intervene of Basin Electric Power
         Cooperative under ER18-99.

**Record
Item No.**          **Description**

17.          Filed By:  Nebraska Public Power District
             Filed Date:  11/08/2017
             Accession No.:  20171108-5219
             Description:  Motion to Intervene, Comments and Protest of the
             Nebraska Public Power District of October 18, 2017 tariff filing by
             Southwest Power Pool, Inc. under ER18-99.

18.          Filed By:  South Central MCN LLC
             Filed Date:  11/08/2017
             Accession No.:  20171108-5188
             Description:  Supporting Comments of South Central MCN LLC
             under ER18-99.

19.          Filed By:  Indicated SPP Transmission Owners
             Filed Date:  11/08/2017
             Accession No.:  20171108-5191
             Description:  Limited Comments of the Indicated SPP Transmission
             Owners in Docket No. ER18-99.

20.          Filed By:  Paragould Light & Water Commission
             Filed Date:  11/08/2017
             Accession No.:  20171108-5139
             Description:  Motion to Intervene of ARKMO Cities under ER18-99.

21.          Filed By:  Xcel Energy Services Inc.
             Filed Date:  11/08/2017
             Accession No.:  20171108-5094
             Description:  Motion to Intervene of Xcel Energy Services Inc. under
             ER18-99 re Submission of Tariff Revisions to Incorporate South
             Central MCN LLC's Formula Rate.

22.          Filed By:  City of Nixa
             Filed Date:  11/08/2017
             Accession No.:  20171108-5060
             Description:  Motion to Intervene of City of Nixa, Missouri under
             ER18-99.

| **Record Item No.** | **Description** |
|---|---|

23.    Filed By:  Western Farmers Electric Cooperative
Filed Date:  11/13/2017
Accession No.:  20171113-5154
Description:  Out-of-Time Motion to Intervene of Western Farmers Electric Cooperative under ER18-99.

24.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  11/22/2017
Accession No.:  20171122-5143
Description:  Limited Answer of Southwest Power Pool, Inc. to Comments and Protests and Request for Confidential Treatment of Information under ER18-99.

25.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  11/22/2017
Accession No.:  20171122-5142
Description:  Limited Answer of Southwest Power Pool, Inc. to Comments and Protests, and Request for Confidential Treatment of Information under ER18-99.

26.    Filed By:  South Central MCN LLC
Filed Date:  01/10/2018
Accession No.:  20180110-0010
Description:  South Central MCN LLC submits request for expedited considerations re the 203 and 205 applications under EC17-126, et al.

27.    Filed By:  Paragould Light Commission
Filed Date:  01/26/2018
Accession No.:  20180126-5234
Description:  Letter to Chairman McIntyre and Commissioners LaFleur, Chatterjee, Powelson and Glick of the ARKMO Cities regarding January 10, 2018 filing by South Central MCN LLC under ER18-99.

| Record Item No. | Description |
|---|---|

28.    Filed By:  Paragould Light Commission
Filed Date:  01/31/2018
Accession No.:  20180201-0007
Description:  Paragould Light Commission, et al. submit comments re the South Central MCN LLC's letter of 1/10/18 under ER18-99. (Duplicate of 20180126-5234.)

29.    Issued By:  Secretary of The Commission, FERC
Filed Date:  03/15/2018
Accession No.:  20180315-3020
Description:  Order Accepting and Suspending Proposed Tariff Revisions and Establishing Hearing and Settlement Judge Procedures re Southwest Power Pool, Inc. under ER18-99.

30.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  03/19/2018
Accession No.:  20180319-5170
Description:  Notice of Appearance of Additional Counsel and Request to Amend Service List of Southwest Power Pool, Inc. under ER18-99.

31.    Issued By:  Administrative Law Judges
Filed Date:  03/22/2018
Accession No.:  20180322-4001
Description:  Order of Chief Judge Designating Settlement Judge re Southwest Power Pool, Inc. under ER18-99.

32.    Issued By:  Administrative Law Judges
Filed Date:  03/28/2018
Accession No.:  20180328-3031
Description:  Order Scheduling Settlement Conference re Southwest Power Pool, Inc. under ER18-99.

**Record
Item No.**          **Description**

33.          Filed By:  ARKMO Cities
             Filed Date:  04/03/2018
             Accession No.:  20180403-5069
             Description:  Notice of Appearance of Additional Counsel and
             Request to Amend Service List of ARKMO Cities under ER18-99.

34.          Issued By:  Administrative Law Judges
             Filed Date:  04/10/2018
             Accession No.:  20180410-3002
             Description:  Order Scheduling Settlement Conference re Southwest
             Power Pool, Inc. under ER18-99.

35.          Filed By:  South Central MCN LLC
             Filed Date:  04/16/2018
             Accession No.:  20180416-5236
             Description:  Request of South Central MCN LLC for Expedited
             Clarification or Rehearing of the March 15, 2018 Order under ER18-
             99.

36.          Filed By:  Southwest Power Pool, Inc.
             Filed Date:  04/16/2018
             Accession No.:  20180416-5254
             Description:  Request for Expedited Clarification or Rehearing of
             Southwest Power Pool, Inc. of the March 15, 2018 Order under ER18-
             99.

37.          Issued By:  Administrative Law Judges
             Filed Date:  04/20/2018
             Accession No.:  20180420-3002
             Description:  Settlement Judge Report to the Commission and Chief
             Judge re Southwest Power Pool, Inc. under ER18-99.

38.          Issued By:  Administrative Law Judges
             Filed Date:  04/26/2018
             Accession No.:  20180426-3050
             Description:  Order of Chief Judge Continuing Settlement Judge
             Procedures re Southwest Power Pool, Inc. under ER18-99.

| Record Item No. | Description |
|---|---|

39.    Filed By:  Indicated SPP Transmission Owners
       Filed Date:  05/01/2018
       Accession No.:  20180501-5435
       Description:  Answer of the Indicated SPP Transmission Owners to April 16, 2018 Requests for Expedited Clarification by South Central MCN LLC, et al. under ER18-99.

40.    Issued By:  Secretary of The Commission, FERC
       Filed Date:  05/14/2018
       Accession No.:  20180514-3022
       Description:  Order Granting Rehearing for Further Consideration re Southwest Power Pool, Inc. under ER18-99.

41.    Filed By:  Kansas City Power & Light Company, KCP&L Greater Missouri Operations Company
       Filed Date:  05/14/2018
       Accession No.:  20180514-6045
       Description:  Notice of Appearance of Additional Counsel of Kansas City Power & Light Company and KCP&L Greater Missouri Operations Company under ER18-99.

42.    Filed By:  Western Farmers Electric Cooperative
       Filed Date:  06/13/2018
       Accession No.:  20180613-5164
       Description:  Request to Update Service Lists of Western Farmers Electric Cooperative under EL17-11, et al.

43.    Issued By:  Administrative Law Judges
       Filed Date:  06/19/2018
       Accession No.:  20180619-3004
       Description:  Settlement Judge Report to the Commission and Chief Judge re Southwest Power Pool, Inc., under ER18-99.

| **Record Item No.** | **Description** |
|---|---|

44.      Issued By:  Administrative Law Judges
         Filed Date:  07/12/2018
         Accession No.:  20180712-3008
         Description:  Final Settlement Judge Report to the Commission and
         Chief Judge re Southwest Power Pool, Inc. under ER18-99.

45.      Issued By:  Administrative Law Judges
         Filed Date:  07/13/2018
         Accession No.:  20180713-3022
         Description:  Order of Chief Judge Terminating Settlement Judge
         Procedures, Designating Presiding Administrative Law Judge,
         Designating Dispute Resolution Specialist, and Establishing Track II
         Procedural Time Standards re Southwest Power Pool, Inc. under
         ER18-99.

46.      Issued By:  Administrative Law Judges
         Filed Date:  07/16/2018
         Accession No.:  20180716-3048
         Description:  Order Scheduling Prehearing Conference re Southwest
         Power Pool, Inc. under ER18-99.

47.      Filed By:  Southwest Power Pool, Inc.
         Filed Date:  07/19/2018
         Accession No.:  20180719-5127
         Description:  Notice of Substitution of Counsel and Request to Amend
         Official Service List of Southwest Power Pool, Inc. under ER18-99.

48.      Issued By:  Secretary of The Commission, FERC
         Filed Date:  08/20/2018
         Accession No.:  20180820-3052
         Description:  Order Denying Clarification and Rehearing re Southwest
         Power Pool, Inc. under ER18-99.

**Record
Item No.**   **Description**

49.        Filed By:  Kansas City Power & Light Company, et al.
           Filed Date:  08/24/2018
           Accession No.:  20180824-5240
           Description:  Motion of Kansas City Power & Light Company, et al.
           for Extension of Procedural Schedule under ER18-99.

50.        Issued By:  Administrative Law Judges
           Filed Date:  08/27/2018
           Accession No.:  20180827-3069
           Description:  Order of Chief Judge Extending Procedural Time
           Standards re Southwest Power Pool, Inc., under ER18-99.

51.        Issued By:  Administrative Law Judges
           Filed Date:  08/30/2018
           Accession No.:  20180830-3062
           Description:  Order Establishing Procedural Schedule re Southwest
           Power Pool, Inc. under ER18-99.

52.        Issued By:  Administrative Law Judges
           Filed Date:  08/30/2018
           Accession No.:  20180830-3063
           Description:  Order Adopting Hearing Rules re Southwest Power
           Pool, Inc. ER18-99.

53.        Filed By:  GridLiance High Plains LLC
           Filed Date:  09/19/2018
           Accession No.:  20180919-5064
           Description:  Motion of GridLiance High Plains LLC for Adoption of
           Protective Order, Request for Waiver of the Answer Period and
           Expedited Action under ER18-99.

| Record Item No. | Description |
|---|---|

54.    Issued By:  Administrative Law Judges
Filed Date:  09/21/2018
Accession No.:  20180921-3066
Description:  Order Granting GridLiance High Plains' Motion For Adoption of Protective Order, Request For Expedited Action and Waiver of the Answer Period re Southwest Power Pool, Inc. under ER18-99.

55.    Issued By:  Administrative Law Judges
Filed Date:  09/24/2018
Accession No.:  20180924-3041
Description:  Errata to the 9/21/18 Order Granting GridLiance High Plains' Motion For Adoption of Protective Order, Request For Expedited Action and Waiver of the Answer Period re Southwest Power Pool, Inc. under ER18-99.

56.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  09/25/2018
Accession No.:  20180925-5137
Description:  Summary of Prepared Direct Testimony of Charles J. Locke, Director of Transmission Policy and Rates, on Behalf of Southwest Power Pool, Inc. under ER18-99.

57.    Filed By:  GridLiance High Plains LLC
Filed Date:  09/25/2018
Accession No.:  20180925-5139
Description:  Prepared Direct Testimony of J. Brett Hooton, on behalf of GridLiance High Plains LLC under ER18-99.

58.    Filed By:  Midwest Energy, Inc.
Filed Date:  09/28/2018
Accession No.:  20180928-5083
Description:  Out-of-Time Motion to Intervene of Midwest Energy, Inc. under ER18-99, et al.

**Record
Item No.**       **Description**

59.       Filed By:  GridLiance High Plains LLC
          Filed Date:  10/02/2018
          Accession No.:  20181002-5258
          Description:  Opposition of GridLiance High Plains LLC to
          September 28, 2018 Out-of-Time Motion to Intervene by Midwest
          Energy, Inc. under ER18-99.

60.       Filed By:  Indicated SPP Transmission Owners
          Filed Date:  10/25/2018
          Accession No.:  20181025-5159
          Description:  Testimony of Michael M. Schnitzer on behalf of the
          Indicated SPP Transmission Owners under ER18-99.

61.       Filed By:  Indicated SPP Transmission Owners
          Filed Date:  10/25/2018
          Accession No.:  20181025-5160
          Description:  Testimony of Michael M. Schnitzer on behalf of the
          Indicated SPP Transmission Owners under ER18-99.

62.       Filed By:  ARKMO Cities
          Filed Date:  10/25/2018
          Accession No.:  20181025-5190
          Description:  Direct Testimony and Exhibits of Alfred W. Busbee and
          J. Neal Copeland on behalf of the ARKMO Cities under ER18-99.

63.       Issued By:  Administrative Law Judges
          Filed Date:  10/25/2018
          Accession No.:  20181025-3086
          Description:  Order Denying Untimely Motion to Intervene re
          Southwest Power Pool, Inc. under ER18-99.

64.       Filed By:  Midwest Energy, Inc.
          Filed Date:  11/08/2018
          Accession No.:  20181108-5047
          Description:  Notice of Removal of Midwest Energy, Inc.
          Representatives from Service List under ER18-99.

**Record**
**Item No.**        **Description**

65.          Filed By:  Commission Trial Staff
             Filed Date:  12/03/2018
             Accession No.:  20181203-5326
             Description:  Direct and Answering Testimony, et al. of Commission
             Trial Staff Craig E. Deters under ER18-99.

66.          Filed By:  ARKMO Cities
             Filed Date:  12/13/2018
             Accession No.:  20181213-5225
             Description:  Motion to Protect Privileged Material of ARKMO Cities
             under ER18-99.

67.          Filed By:  City of Nixa
             Filed Date:  12/27/2018
             Accession No.:  20181227-5242
             Description:  Answer of the City of Nixa, Missouri to December 13,
             2018 Motion to Protect Privileged Material of the ARKMO Cities
             under ER18-99.

68.          Filed By:  GridLiance High Plains LLC
             Filed Date:  12/28/2018
             Accession No.:  20181228-5150
             Description:  Response of GridLiance High Plains LLC to Arkmo
             Cities' Motion to Protect Privileged Material and Motion of
             GridLiance High Plains LLC to Compel Production of Responses to
             Data Requests under ER18-99-003.

69.          Filed By:  ARKMO Cities
             Filed Date:  12/28/2018
             Accession No.:  20181228-5266
             Description:  Cross-Answering Testimony of Alfred W. Busbee on
             Behalf of The ARKMO Cities under ER18-99.

| **Record Item No.** | **Description** |
|---|---|

70.  Filed By:  ARKMO Cities
Filed Date:  01/15/2019
Accession No.:  20190115-5323
Description:  Answer of the ARKMO Cities to December 28, 2018 Motion to Compel Production of Responses to Data Requests filed out of time by GridLiance High Plains LLC under ER18-99.

71.  Issued By:  Administrative Law Judges
Filed Date:  01/17/2019
Accession No.:  20190117-3083
Description:  Order Denying the Arkmo Cities' Motion to Protect re Southwest Power Pool Inc. under ER18-99.

72.  Issued By:  Administrative Law Judges
Filed Date:  01/23/2019
Accession No.:  20190123-3077
Description:  Order Denying GridLiance High Plains LLC's Request for Waiver of the Discovery Time Standards and Denying Motion to Compel re Southwest Power Pool, Inc. under ER18-99.

73.  Filed By:  Southwestern Power Administration
Filed Date:  01/28/2019
Accession No.:  20190128-5155
Description:  Request to Update Information of Southwestern Power Administration under ER18-99.

74.  Filed By:  GridLiance High Plains LLC
Filed Date:  01/30/2019
Accession No.:  20190130-5278
Description:  Prepared Rebuttal Testimony of J. Brett Hooton on Behalf of GridLiance HP under ER18-99.

75.  Filed By:  GridLiance High Plains LLC
Filed Date:  01/30/2019
Accession No.:  20190130-5279
Description:  Prepared Rebuttal Testimony of J. Brett Hooton on Behalf of GridLiance HP under ER18-99.

**Record**
**Item No.**      **Description**

76.      Filed By:  Southwest Power Pool, Inc.
Filed Date:  01/30/2019
Accession No.:  20190130-5280
Description:  Prepared Rebuttal Testimony and Exhibits of Charles J.
Locke on Behalf of Southwest Power Pool, Inc. under ER18-99.

77.      Filed By:  Southwest Power Pool, Inc.
Filed Date:  01/30/2019
Accession No.:  20190130-5281
Description:  Prepared Rebuttal Testimony and Exhibits of Charles J.
Locke on Behalf of Southwest Power Pool, Inc. under ER18-99.

78.      Filed By:  Southwest Power Pool, Inc.
Filed Date:  02/19/2019
Accession No.:  20190219-5261
Description:  Joint Statement of Stipulated Facts and Contested Facts
of Southwest Power Pool, Inc., et al. under ER18-99.

79.      Filed By:  Southwest Power Pool, Inc.
Filed Date:  02/22/2019
Accession No.:  20190222-5209
Description:  Joint Initial Index of Exhibits of Southwest Power Pool,
Inc., et al. under ER18-99.

80.      Filed By:  Southwest Power Pool, Inc.
Filed Date:  02/22/2019
Accession No.:  20190222-5210
Description:  Joint Witness List of Southwest Power Pool, Inc., et al.
under ER18-99.

81.      Filed By:  Southwest Power Pool, Inc.
Filed Date:  02/22/2019
Accession No.:  20190222-5211
Description:  Joint Statement of Issues of Southwest Power Pool, Inc.,
et al. under ER18-99.

**Record**
**Item No.**     **Description**

82.        Filed By:  GridLiance High Plains LLC
           Filed Date:  02/26/2019
           Accession No.:  20190226-5171
           Description:  Pre-Hearing Brief of GridLiance High Plains LLC under
           ER18-99.

83.        Filed By:  City Utilities of Springfield, Missouri
           Filed Date:  02/26/2019
           Accession No.:  20190226-5172
           Description:  Pre-Hearing Brief of Intervenor City of Springfield,
           Missouri under ER18-99.

84.        Filed By:  City Utilities of Springfield, Missouri
           Filed Date:  02/26/2019
           Accession No.:  20190226-5173
           Description:  Pre-Hearing Brief of Intervenor City of Springfield,
           Missouri under ER18-99.

85.        Filed By:  Southwest Power Pool, Inc.
           Filed Date:  02/26/2019
           Accession No.:  20190226-5174
           Description:  Pre-Hearing Brief of Southwest Power Pool, Inc. under
           ER18-99.

86.        Filed By:  Commission Trial Staff
           Filed Date:  02/26/2019
           Accession No.:  20190226-5175
           Description:  Pre-Hearing Brief of The Commission Trial Staff under
           ER18-99.

87.        Filed By:  ARKMO Cities
           Filed Date:   02/26/2019
           Accession No.:  20190226-5176
           Description:  Pre-Hearing Brief of The ARMKO Cities under ER18-
           99.

| **Record** | |
| **Item No.** | **Description** |

88.     Filed By:  The Indicated SPP Transmission Owners
Filed Date:  02/26/2019
Accession No.:  20190226-5178
Description:  Pre-Hearing Brief of The Indicated SPP Transmission
Owners under ER18-99.

89.     Filed By:  Southwest Power Pool, Inc.
Filed Date:  03/01/2019
Accession No.:  20190301-5391
Description:  Errata Filing To Correct Pre-Filed Exhibit No. SPP-007
of Southwest Power Pool, Inc. under ER18-99.

90.     Filed By:  GridLiance High Plains LLC
Filed Date:  03/04/2019
Accession No.:  20190304-5222
Description:  Revised Joint Initial Index of Exhibits of Southwest
Power Pool, Inc., et al. under ER18-99.

91.     Issued By:  Administrative Law Judges
Filed Date:  03/05/2019
Accession No.:  20190305-4001
Description:  Transcript of the 03/05/2019 Hearing held in
Washington, DC re Southwest Power Pool, Inc. under ER18-99.

92.     Issued By:  Administrative Law Judges
Filed Date:  03/06/2019
Accession No.:  20190306-4004
Description:  Transcript of the 03/06/2019 Hearing, held in
Washington, DC re Southwest Power Pool, Inc under ER18-99.

93.     Issued By:  Administrative Law Judges
Filed Date:  03/06/2019
Accession No.:  20190306-4005
Description:  Transcript of the 03/06/2019 Hearing, held in
Washington, DC re Southwest Power Pool, Inc under ER18-99.

**Record
Item No.**          **Description**

94.          Issued By:  Administrative Law Judges
             Filed Date:  03/08/2019
             Accession No.:  20190308-4001
             Description:  Transcript of the March 7, 2019 hearing held in
             Washington, DC re Southwest Power Pool, Inc. under ER18-99.

95.          Filed By:  Southwest Power Pool, Inc.
             Filed Date:  03/14/2019
             Accession No.:  20190314-5192
             Description:  Joint Exhibit List of Southwest Power Pool, Inc., et al.
             under ER18-99.

96.          Filed By:  Southwest Power Pool, Inc.
             Filed Date:  03/21/2019
             Accession No.:  20190321-5182
             Description:  Joint Transcript Corrections to the Hearing Transcripts
             of Southwest Power Pool, Inc., et al. under ER18-99.

97.          Filed By:  Southwest Power Pool, Inc.
             Filed Date:  03/21/2019
             Accession No.:  20190321-5183
             Description:  Joint Transcript Corrections to the Hearing Transcripts
             of Southwest Power Pool, Inc., et al. under ER18-99.

98.          Filed By:  ARKMO Cities
             Filed Date:  03/22/2019
             Accession No.:  20190322-5223
             Description:  Revised Joint Exhibit List by the ARKMO Cities on
             behalf of Southwest Power Pool, Inc., et al. under ER18-99.

99.          Issued By:  Administrative Law Judges
             Filed Date:  03/26/2019
             Accession No.:  20190326-3029
             Description:  Order Indicating Changes to the Official Record re
             Southwest Power Pool, Inc. under ER18-99.

**Record**
**Item No.**          **Description**

100.          Issued By:  Administrative Law Judges
              Filed Date:  03/26/2019
              Filed Date:  20190326-3059
              Description:  Order Adopting Joint Transcript Corrections re
              Southwest Power Pool, Inc. under ER18-99.

101.          Issued By:  Administrative Law Judges
              Filed Date:  03/26/2019
              Accession No.:  20190326-3060
              Description:  Order Adopting Joint Transcript Corrections re
              Southwest Power Pool, Inc. under ER18-99.

102.          Filed By:  Indicated SPP Transmission Owners
              Filed Date:  04/04/2019
              Accession No.:  20190404-5166
              Description:  Post-Hearing Brief of the Indicated SPP Transmission
              Owners under ER18-99 et al.

103.          Filed By:  Indicated SPP Transmission Owners
              Filed Date:  04/04/2019
              Accession No.:  20190404-5167
              Description:  Post-Hearing Brief of the Indicated SPP Transmission
              Owners under ER18-99 et al.

104.          Filed By:  ARKMO Cities
              Filed Date:  04/04/2019
              Accession No.:  20190404-5241
              Description:  Initial Brief of the ARKMO Cities under ER18-99.

105.          Filed By:  GridLiance High Plains LLC
              Filed Date:  04/04/2019
              Accession No.:  20190404-5242
              Description:  Post-Hearing Brief of GridLiance High Plains LLC
              under ER18-99.

**Record**
**Item No.**          **Description**

106.          Filed By:  City Utilities of Springfield, Missouri
              Filed Date:  04/04/2019
              Accession No.:  20190404-5214
              Description:  Initial Brief of Intervenor City Utilities of Springfield,
              Missouri under ER18-99.

107.          Filed By:  Commission Trial Staff
              Filed Date:  04/04/2019
              Accession No.:  20190404-5222
              Description:  Initial Brief of Commission Trial Staff under ER18-99.

108.          Filed By:  Commission Trial Staff
              Filed Date:  04/04/2019
              Accession No.:  20190404-5223
              Description:  Initial Brief of Commission Trial Staff under ER18-99.

109.          Filed By:  Southwest Power Pool, Inc.
              Filed Date:  04/04/2019
              Accession No.:  20190404-5224
              Description:  Initial Brief of Southwest Power Pool, Inc. under ER18-99.

110.          Filed By:  City Utilities of Springfield, Missouri
              Filed Date:  04/18/2019
              Accession No.:  20190418-5045
              Description:  Initial Brief and Appendix of City Utilities of
              Springfield, Missouri under ER18-99.

111.          Filed By:  ARKMO Cities
              Filed Date:  04/18/2019
              Accession No.:  20190418-5058
              Description:  Hyperlinked version of the Initial Brief of ARKMO
              Cities under ER18-99.

**Record
Item No.**       **Description**

112.          Filed By:  Indicated SPP Transmission Owners
              Filed Date:  05/02/2019
              Accession No.:  20190502-5153
              Description:  Reply Brief of the Indicated SPP Transmission Owners
              under ER18-99.

113.          Filed By:  Indicated SPP Transmission Owners
              Filed Date:  05/02/2019
              Accession No.:  20190502-5154
              Description:  Reply Brief of the Indicated SPP Transmission Owners
              under ER18-99.

114.          Filed By:  City of Nixa
              Filed Date:  05/02/2019
              Accession No.:  20190502-5155
              Description:  Post-Hearing Reply Brief of City of Nixa, Missouri
              under ER18-99.

115.          Filed By:  City of Nixa
              Filed Date:  05/02/2019
              Accession No.:  20190502-5156
              Description:  Post-Hearing Reply Brief of City of Nixa, Missouri
              under ER18-99.

116.          Filed By:  City Utilities of Springfield, Missouri
              Filed Date:  05/02/2019
              Accession No.:  20190502-5157
              Description:  Reply Brief of City Utilities of Springfield, Missouri
              under ER18-99.

117.          Filed By:  Commission Trial Staff
              Filed Date:  05/02/2019
              Accession No.:  20190502-5158
              Description:  Reply Brief of the Commission Trial Staff under ER18-
              99.

| Record Item No. | Description |
|---|---|

118.      Filed By:  ARKMO Cities
Filed Date:  05/02/2019
Accession No.:  20190502-5159
Description:  Reply Brief of the ARMKO Cities under ER18-99.

119.      Filed By:  GridLiance High Plains LLC
Filed Date:  05/02/2019
Accession No.:  20190502-5160
Description:  Reply Brief of GridLiance HP and Objections and Rebuttals to Proposed Findings of Fact and Conclusions of Law under ER18-99.

120.      Filed By:  GridLiance High Plains LLC
Filed Date:  05/02/2019
Accession No.:  20190502-5161
Description:  Reply Brief of GridLiance HP and Objections and Rebuttals to Proposed Findings of Fact and Conclusions of Law under ER18-99.

121.      Filed By:  Southwest Power Pool, Inc.
Filed Date:  05/02/2019
Accession No.:  20190502-5162
Description:  Reply Brief of Southwest Power Pool, Inc. under ER18-99.

122.      Filed By:  ARKMO Cities
Filed Date:  05/16/2019
Accession No.:  20190516-5112
Description:  Hyperlinked Reply Brief of the ARKMO Cities under ER18-99.

123.      Issued By:  Administrative Law Judges
Filed Date:  05/21/2019
Accession No.:  20190521-4003
Description:  Transcript of August 27, 2018 Prehearing Conference held in Washington, DC re Southwest Power Pool under ER18-99.

| Record Item No. | Description |
|---|---|

124.  Issued By:  Administrative Law Judges
Filed Date:  06/18/2019
Accession No.:  20190618-3055
Description:  Order of Chief Judge Extending Initial Decision
Deadline re Southwest Power Pool, Inc. under ER18-99.

125.  Filed By:  Xcel Energy Services Inc.
Filed Date:  07/01/2019
Accession No.:  20190701-5216
Description:  Request to Update Information of Xcel Energy Services
Inc. under EC17-194-000, et al.

126.  Filed By:  GridLiance High Plains LLC
Filed Date:  07/10/2019
Accession No.:  20190710-5159
Description:  Joint Motion of GridLiance High Plains LLC and
ARMKO Cities to Suspend Procedural Schedule and for Waiver or
Shortening of Answer Period under ER18-99.

127.  Issued By:  Administrative Law Judges
Filed Date:  07/12/2019
Accession No.:  20190712-3045
Description:  Order of Chief Judge Shortening Answer Period re
Southwest Power Pool, Inc. under ER18-99.

128.  Filed By:  Indicated SPP Indicated Transmission Owners
Filed Date:  07/15/2019
Accession No.:  20190715-5187
Description:  Answer of the Indicated SPP Transmission Owners in
Opposition to July 10, 2019 Motion to Suspend Procedural Schedule
by GridLiance High Plains LLC and ARMKO Cities under ER18-99.

**Record
Item No.**     **Description**

129.          Filed By:  GridLiance High Plains LLC
              Filed Date:  07/16/2019
              Accession No.:  20190716-5128
              Description:  Joint Motion for Leave to Reply and Reply of
              GridLiance HP and ARMKO Cities to July 15, 2019 Answer by the
              SPP Indicated Transmission Owners under ER18-99.

130.          Issued By:  Administrative Law Judges
              Filed Date:  07/17/2019
              Accession No.:  20190717-3092
              Description:  Order of Chief Judge Suspending Initial Decision
              Deadline re Southwest Power Pool, Inc. under ER18-99.

131.          Filed By:  GridLiance HeartLand LLC, GridLiance High Plains LLC
              Filed Date:  08/05/2019
              Accession No.:  20190805-5049
              Description:  Request to Update Service List of GridLiance
              HeartLand LLC, et al. under EC17-126, et al. removing Jason A.
              Higginbotham and adding Gregory D. Jones.

132.          Filed By:  GridLiance High Plains LLC
              Filed Date:  08/16/2019
              Accession No.:  20190816-5040
              Description:  Status Report of GridLiance High Plains LLC and the
              ARMKO Cities under ER18-99.

133.          Filed By:  Southwest Power Pool, Inc.
              Filed Date:  08/30/2019
              Accession No.:  20190830-5075
              Description:  Southwest Power Pool, Inc. submits tariff filing per
              385.602: Offer of Settlement and Settlement Agreement in ER18-99
              to be effective N/A under ER18-99 Filing Type: 1380.

**Record
Item No.**    **Description**

134.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  08/30/2019
Accession No.:  20190830-5076
Description:  Southwest Power Pool, Inc. submits tariff filing per
385.602: Offer of Settlement and Settlement Agreement in ER18-99
to be effective N/A under ER18-99 Filing Type: 1380.

135.    Issued By:  Administrative Law Judges
Filed Date:  08/30/2019
Accession No.:  20190830-3061
Description:  Order of Chief Judge Suspending Initial Decision
Deadline re Southwest Power Pool, Inc. under ER18-99.

136.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  09/03/2019
Accession No.:  20190903-5194
Description:  Southwest Power Pool, Inc. submits tariff filing per
385.602: Offer of Settlement and Settlement Agreement in ER18-99-
Modification to be effective N/A under ER18-99 Filing Type: 1460.

137.    Filed By:  Southwest Power Pool, Inc., GridLiance High Plains LLC
Filed Date:  09/12/2019
Accession No.:  20190912-5117
Description:  GridLiance High Plains LLC submits tariff filing per
385.602: Letter re Limited Correction to Offer of Settlement to be
effective N/A under ER18-99 Filing Type: 1460.

138.    Issued By:  Administrative Law Judges
Filed Date:  09/17/2019
Accession No.:  20190917-3067
Description:  Order on Amended Comment Period re Southwest
Power Pool, Inc. under ER18-99 et al.

**Record
Item No.**     **Description**

139.     Issued By:  Federal Energy Regulatory Commission
Filed Date:  09/20/2019
Accession No.:  20190920-3019
Description:  Corrected transcript of the 03/05/2019 Hearing held in
Washington, DC re Southwest Power Pool, Inc. under ER18-99.

140.     Issued By:   Federal Energy Regulatory Commission
Filed Date:  09/20/2019
Accession No.:  20190920-3021
Description:  Corrected transcript of the 03/06/2019 Hearing held in
Washington, DC re Southwest Power Pool, Inc. under ER18-99.

141.     Issued By:  Federal Energy Regulatory Commission
Filed Date:  09/20/2019
Accession No.:  20190920-3022
Description:  Corrected transcript of the 03/06/2019 Hearing held in
Washington, DC re Southwest Power Pool, Inc. under ER18-99.

142.     Issued By:  Federal Energy Regulatory Commission
Filed Date:  09/20/2019
Accession No.:  20190920-3023
Description:  Corrected Transcript of the 03/07/2019 Hearing held in
Washington, DC re Southwest Power Pool, Inc. under ER18-99.

143.     Filed By:  Indicated SPP Transmission Owners
Filed Date:  09/23/2019
Accession No.:  20190923-5119
Description:  Initial Comments of the Indicated SPP Transmission
Owners in Opposition to August 30, 2019 Offer of Settlement by
Southwest Power Pool, Inc. on behalf of GridLiance High Plains LLC
under ER18-99.

**Record**
**Item No.**    **Description**

144.    Filed By:  Indicated SPP Transmission Owners
Filed Date:  09/23/2019
Accession No.:  20190923-5120
Description:  Initial Comments of the Indicated SPP Transmission
Owners in Opposition to August 30, 2019 Offer of Settlement by
Southwest Power Pool, Inc. on behalf of GridLiance High Plains LLC
under ER18-99.

145.    Filed By:  Commission Trial Staff
Filed Date:  09/23/2019
Accession No.:  20190923-5160
Description:  Initial Comments of Commission Trial Staff in Support
of August 30, 2019 Offer of Settlement by Southwest Power Pool,
Inc. on behalf of GridLiance High Plains LLC under ER18-99.

146.    Filed By:  Associated Electric Power Cooperative, Inc.
Filed Date:  09/23/2019
Accession No.:  20190923-5165
Description:  Limited Comments of the Associated Electric Power
Cooperative, Inc. in Support of August 30, 2019 Initial Comments of
the Indicated SPP Transmission Owners In Opposition to Joint Offer
of Settlement under ER18-99.

147.    Filed By:  Indicated SPP Transmission Owners
Filed Date:   10/03/2019
Accession No.:  20191003-5137
Description:  Reply Comments of the Indicated SPP Transmission
Owners in Opposition to August 30, 2019 Offer of Settlement by
Southwest Power Pool, Inc. on behalf of GridLiance High Plains LLC
under ER18-99.

| Record Item No. | Description |
|---|---|

148.    Filed By:  Commission Trial Staff
Filed Date:  10/03/2019
Accession No.:  20191003-5180
Description:  Reply Comments of Commission Trial Staff in Response to September 23, 2019 Initial Comments by the Indicated SPP Transmission Owners, and Limited Comments by the Associated Electric Power Cooperative, Inc. under ER18-99.

149.    Filed By:  GridLiance High Plains LLC, ARKMO Cities
Filed Date:  10/03/2019
Accession No.:  20191003-5205
Description:  Joint Reply Comments of GridLiance High Plains LLC and ARMKO Cities to September 23, 2019 Initial Comments by the Indicated SPP Transmission Owners, and Limited Comments by the Associated Electric Power Cooperative, Inc. under ER18-99.

150.    Filed By:  GridLiance High Plains LLC, ARKMO Cities
Filed Date:  10/03/2019
Accession No.:  20191003-5206
Description:  Joint Reply Comments of GridLiance High Plains LLC and ARMKO Cities to September 23, 2019 Initial Comments by the Indicated SPP Transmission Owners, and Limited Comments by the Associated Electric Power Cooperative, Inc. under ER18-99.

151.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  10/04/2019
Accession No.:  20191004-5042
Description:  Motion of Southwest Power Pool, Inc. for Leave to File Settlement Reply Comments One Day Out of Time under ER18-99.

152.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  10/04/2019
Accession No.:  20191004-5027
Description:  Settlement Reply Comments of Southwest Power Pool, Inc. under ER18-99.

**Record
Item No.**　　　**Description**

153.　　　Filed By:  Indicated SPP Transmission Owners
　　　　　Filed Date:  10/15/2019
　　　　　Accession No.:  20191015-5347
　　　　　Description:  Motion for Leave to Answer and Limited Answer to
　　　　　Reply Comments of the Indicated SPP Transmission Owners under
　　　　　ER18-99.

154.　　　Issued By:  Administrative Law Judges
　　　　　Filed Date:  05/27/2020
　　　　　Accession No.:  20200527-3034
　　　　　Description:  Order Granting SPP's Motion for Leave to File
　　　　　Comments Out of Time and Granting ITOS' Motion for Leave to
　　　　　Answer re Southwest Power Pool, Inc. under ER18-99.

155.　　　Issued By:  Administrative Law Judges
　　　　　Filed Date:  05/27/2020
　　　　　Accession No.:  20200527-3045
　　　　　Description:  Certification of Contested Settlement re Southwest
　　　　　Power Pool, Inc. under ER18-99 et al.

156.　　　Issued By:  Administrative Law Judges
　　　　　Filed Date:  05/27/2020
　　　　　Accession No.:  20200527-3056
　　　　　Description:   Certification of Official Record for Southwest Power
　　　　　Pool, Inc. under ER18-99 (Rejected Exhibits).

157.　　　Issued By:  Administrative Law Judges
　　　　　Filed Date:  05/27/2020
　　　　　Accession No.:  20200527-3071
　　　　　Description:  Certification of Official Record for Southwest Power
　　　　　Pool, Inc. under ER18-99 (Admitted Exhibits).

158.　　　Issued By:  Administrative Law Judges
　　　　　Filed Date:  05/27/2020
　　　　　Accession No.:  20200527-3072
　　　　　Description:  Certification of Official Record for Southwest Power
　　　　　Pool, Inc. under ER18-99-003 (Admitted Exhibits).

**Record
Item No.**            **Description**

159.        Issued By:  Administrative Law Judges
            Filed Date:  05/29/2020
            Accession No.:  20200529-3009
            Description:  Erratum to the May 27, 2020 Certification of Contested
            Settlement re Southwest Power Pool, Inc. under ER18-99.

160.        Issued By:  Administrative Law Judges
            Filed Date:  05/29/2020
            Accession No.:  20200529-3058
            Description:  Order Changing Exhibit Names re Southwest Power
            Pool, Inc. under ER18-99.

161.        Filed By:  Matthew Garber
            Filed Date:  06/26/2020
            Accession No.:  20200626-5396
            Description:  Withdrawal of Appearance of Matthew Garber under
            EL15-79, et al.

162.        Filed By:  GridLiance Holdco, LP
            Filed Date:  12/22/2020
            Accession No.:  20201222-5114
            Description:  Notice to Update Official Service of GridLiance Holdco,
            LP under ER15-2594, et al.

163.        Issued By:  Commissioners & Immediate Staff (The Commission),
            Secretary of The Commission, FERC
            Filed Date:  02/18/2021
            Accession No.:  20210218-3056
            Description:  Order Rejecting Contested Settlement re Southwest
            Power Pool, Inc. under ER18-99.

164.        Issued By:  Administrative Law Judges
            Filed Date:  02/22/2021
            Accession No.:  20210222-3042
            Description:  Order of Chief Judge Designating Presiding
            Administrative Law Judge and Establishing Track I Procedural Time
            Standards re Southwest Power Pool, Inc. under ER18-99.

**Record Item No.**    **Description**

165.    Issued By:  Administrative Law Judges
Filed Date:  02/23/2021
Accession No.:  20210223-3061
Description:  Order Scheduling Prehearing Conference re Southwest Power Pool, Inc. under ER18-99.

166.    Filed By:  American Electric Power Service Corporation
Filed Date:  03/01/2021
Accession No.:  20210301-5141
Description:  Request to Update Service List of American Electric Power Service Corporation under ER18-99, et al.

167.    Filed By:  GridLiance High Plains LLC
Filed Date:  03/04/2021
Accession No.:  20210304-5146
Description:  GridLiance High Plains LLC submits Request to Update Service List under ER18-99.

168.    Filed By:  GridLiance High Plains LLC
Filed Date:  03/16/2021
Accession No.:  20210316-5099
Description:  Unopposed Motion for Extension of Track I Schedule and for Adoption of Procedural Schedule under ER18-99.

169.    Issued By:  Administrative Law Judges
Filed Date:  03/17/2021
Accession No.:  20210317-3046
Description:  Order of Chief Judge Extending Procedural Time Standards re Southwest Power Pool, Inc. under ER18-99.

170.    Issued By:  Administrative Law Judges
Filed Date:  03/18/2021
Accession No.:  20210318-3018
Description:  Order Adopting Uniform Hearing Rules re Southwest Power Pool, Inc. under ER18-99.

**Record
Item No.**          **Description**

171.        Issued By:  Administrative Law Judges
            Filed Date:  03/18/2021
            Accession No.:  20210318-3017
            Description:  Order Adopting Procedural Schedule re Southwest
            Power Pool, Inc. under ER18-99.

172.        Filed By:  GridLiance High Plains LLC
            Filed Date:  03/22/2021
            Accession No.:  20210322-5493
            Description:  Request for Rehearing of GridLiance High Plains LLC
            regarding the February 18, 2021, Order Rejecting Contested
            Settlement under ER18-99.

173.        Filed By:  ARKMO Cities
            Filed Date:  03/22/2021
            Accession No.:  20210322-5308
            Description:  Request for Rehearing of Arkansas and Missouri Cities
            under ER18-99.

174.        Filed By:  Southwest Power Pool, Inc.
            Filed Date:  03/29/2021
            Accession No.:  20210329-5309
            Description:  Request to Update Service List Information of
            Southwest Power Pool, Inc. under ER18-99, et al.

175.        Filed By:  Evergy Companies
            Filed Date:  04/06/2021
            Accession No.:  20210406-5842
            Description:  Request to Update the Official Service List of the
            Evergy Companies under ER18-99, et al.

176.        Filed By:  Indicated SPP Transmission Owners
            Filed Date:  04/06/2021
            Accession No.:  20210406-6094
            Description:  Motion for Leave to Answer and Answer of the
            Indicated SPP Transmission Owners to Requests for Rehearing under
            ER18-99.

**Record
Item No.**         **Description**

177.          Filed By:  GridLiance High Plains LLC
              Filed Date:  04/12/2021
              Accession No.:  20210412-5872
              Description:  GridLiance High Plains LLC submits Reply to the
              Unauthorized Motion for Leave to Answer and Answer of the
              Indicated SPP Transmission Owners under ER18-99.

178.          Filed By:  GridLiance High Plains LLC
              Filed Date:  04/20/2021
              Accession No.:  20210420-5126
              Description:  Supplemental Direct Testimony of GridLiance High
              Plains LLC under ER18-99.

179.          Filed By:  Southwest Power Pool, Inc.
              Filed Date:  04/20/2021
              Accession No.:  20210420-5242
              Description:  Testimony and Exhibits of Southwest Power Pool, Inc.
              under ER18-99.

180.          Filed By:  Southwest Power Pool, Inc.
              Filed Date:  04/20/2021
              Accession No.:  20210420-5241
              Description:  Testimony and Exhibits of Southwest Power Pool, Inc.
              under ER18-99.

181.          Filed By:  GridLiance High Plains LLC
              Filed Date:  04/20/2021
              Accession No.:  20210420-5128
              Description:  Supplemental Direct Testimony of GridLiance High
              Plains LLC under ER18-99.

182.          Filed By:  GridLiance High Plains LLC
              Filed Date:  04/20/2021
              Accession No.:  20210420-5127
              Description:  Supplemental Direct Testimony of GridLiance High
              Plains LLC under ER18-99.

| Record Item No. | Description |
| --- | --- |

183.     Issued By:  Secretary of The Commission, FERC
Filed Date:  04/22/2021
Accession No.:  20210422-3011
Description:  Notice of Denial of Rehearings by Operation of Law and
Providing for Further Consideration re Southwest Power Pool, Inc.
under ER18-99.

184.     Filed By:  Indicated SPP Transmission Owners, ARKMO Cities
Filed Date:  05/28/2021
Accession No.:  20210528-5411
Description:  Answering Testimony of the Indicated SPP
Transmission Owners and ARKMO Cities under ER18-99.

185.     Filed By:  Indicated SPP Transmission Owners, ARKMO Cities
Filed Date:  05/28/2021
Accession No.:  20210528-5410
Description:  Answering Testimony of the Indicated SPP
Transmission Owners and ARKMO Cities under ER18-99.

186.     Filed By:  Indicated SPP Transmission Owners, ARKMO Cities
Filed Date:  05/28/2021
Accession No.:  20210528-5409
Description:  Answering Testimony of the Indicated SPP
Transmission Owners and ARKMO Cities under ER18-99.

187.     Filed By:  ARKMO Cities
Filed Date:  05/28/2021
Accession No.:  20210528-5385
Description:  Answering testimony and exhibits of Alfred W. Busbee
on behalf of ARKMO Cities under ER18-99.

188.     Filed By:  ARKMO Cities
Filed Date:  05/28/2021
Accession No.:  20210528-5384
Description:  Answering testimony and exhibits of Alfred W. Busbee
on behalf of ARKMO Cities under ER18-99.

**Record**
**Item No.**          **Description**

189.        Filed By:  Indicated SPP Transmission Owners
            Filed Date:  06/01/2021
            Accession No.:  20210601-5331
            Description:  Motion of the Indicated SPP Transmission Owners to
            file Exhibit One Business Day Out-of-Time under ER18-99.

190.        Filed By:  Indicated SPP Transmission Owners
            Filed Date:  06/01/2021
            Accession No.:  20210601-5330
            Description:  Motion of the Indicated SPP Transmission Owners to
            file Exhibit One Business Day Out-of-Time under ER18-99.

191.        Issued By:  Administrative Law Judges
            Filed Date:  06/09/2021
            Accession No.:  20210609-3013
            Description:  Order Waiving Answer Period and Granting the
            Indicated SPP Transmission Owners' Motion for Leave to File Exhibit
            One Business Day Out-of-Time re Southwest Power Pool, Inc. under
            ER18-99.

192.        Filed By:  Indicated SPP Transmission Owners
            Filed Date:  06/09/2021
            Accession No.:  20210609-5181
            Description:  Notice of the Indicated SPP Transmission Owners of
            Intent to Depose Witnesses under ER18-99.

193.        Filed By:  Southwest Power Pool, Inc.
            Filed Date:  06/11/2021
            Accession No.:  20210611-5135
            Description:  Notice of Objection of Southwest Power Pool, Inc. to
            Notice of Deposition of the Indicated SPP Transmission Owners
            under ER18-99.

**Record
Item No.**          **Description**

194.          Filed By:  GridLiance High Plains LLC
              Filed Date:  06/15/2021
              Accession No.:  20210615-5157
              Description:  Notice of Deposition of GridLiance High Plains LLC of
              Intent to Depose J. Nicolas Puga under ER18-99.

195.          Issued By:  Commissioners & Immediate Staff (The Commission),
              Secretary of The Commission, FERC
              Filed Date:  6/17/2021
              Accession No.:  20210617-3150
              Description:  Order Addressing Arguments Raised on Rehearing re
              Southwest Power Pool, Inc. under ER18-99.

196.          Filed By:  Indicated SPP Transmission Owners
              Filed Date:  06/21/2021
              Accession No.:  20210618-5134
              Description:  Motion to Compel Deposition and Request for
              Shortened Answer Period of the Indicated SPP Transmission Owners
              under ER18-99.

197.          Filed By:  Commission Trial Staff
              Filed Date:  06/22/2021
              Accession No.:  20210622-5130
              Description:  Testimony of Commission Trial Staff under ER18-99.

198.          Filed By:  Commission Trial Staff
              Filed Date:  06/22/2021
              Accession No.:  20210622-5131
              Description:  Testimony of Commission Trial Staff under ER18-99.

199.          Issued By:  Administrative Law Judges
              Filed Date:  06/23/2021
              Accession No.:  20210623-3025
              Description:  Order Granting Request For Five Day Answer Period re
              Southwest Power Pool, Inc. under ER18-99.

**Record
Item No.**          **Description**

200.          Filed By:  Commission Trial Staff
              Filed Date:  06/25/2021
              Accession No.:  20210625-5244
              Description:  Notices of Intent to Take Deposition under ER18-99.

201.          Filed By:  Southwest Power Pool, Inc.
              Filed Date:  06/25/2021
              Accession No.:  20210625-5233
              Description:  Answer of Southwest Power Pool, Inc., Opposition to
              Motion to Compel Deposition of the Indicated SPP Transmission
              Owners under ER18-99.

202.          Filed By:  Commission Trial Staff
              Filed Date:  06/28/2021
              Accession No.:  20210628-5114
              Description:  Answer of Commission Trial Staff Supporting Indicated
              Transmission SPP Owners Motion to Compel under ER18-99.

203.          Issued By:  Administrative Law Judges
              Filed Date:  07/01/2021
              Accession No.:  20210701-3005
              Description:  Order Scheduling Technology Sessions For Virtual
              Hearing re Southwest Power Pool, Inc. under ER18-99.

204.          Issued By:  Administrative Law Judges
              Filed Date:  07/13/2021
              Accession No.:  20210713-3043
              Description:  Order Granting Indicated SPP Transmission Owners'
              Motion to Compel Deposition of Charles J. Locke re Southwest
              Power Pool, Inc. under ER18-99.

205.          Filed By:  GridLiance High Plains LLC
              Filed Date:  07/15/2021
              Accession No.:  20210715-5064
              Description:  Husch Blackwell submits on behalf of GridLiance High
              Plains LLC submits Prepared Supplemental Rebuttal Testimony under
              ER18-99.

| **Record Item No.** | **Description** |
| --- | --- |

206.      Filed By:  GridLiance High Plains LLC
Filed Date:  07/15/2021
Accession No.:  20210715-5065
Description:  Husch Blackwell submits on behalf of GridLiance High Plains LLC submits Prepared Supplemental Rebuttal Testimony under ER18-99.

207.      Filed By:  GridLiance High Plains LLC
Filed Date:  07/15/2021
Accession No.:  20210715-5066
Description:  GridLiance High Plains LLC submits Prepared Supplemental Rebuttal Testimony under ER18-99.

208.      Filed By:  Southwest Power Pool Inc.
Filed Date:  07/15/2021
Accession No.:  20210715-5121
Description:  Supplemental Prepared Rebuttal Testimony and Exhibits of Charles J. Locke on Behalf of Southwest Power Pool, Inc. under ER18-99.

209.      Filed By:  Southwest Power Pool Inc.
Filed Date:  07/15/2021
Accession No.:  20210715-5122
Description:  Supplemental Prepared Rebuttal Testimony and Exhibits of Charles J. Locke on Behalf of Southwest Power Pool, Inc. under ER18-99.

210.      Filed By:  Southwest Power Pool Inc.
Filed Date:  07/21/2021
Accession No.:  20210721-5188
Description:  Joint Motion to Hold Proceeding in Abeyance and Request for Expedited Consideration and Shortened Answer Period of Southwest Power Pool Inc. under ER18-99.

| **Record Item No.** | **Description** |
|---|---|

211.  Filed By:  Commission Trial Staff
Filed Date:  07/22/2021
Accession No.:  20210722-5092
Description:  Answer of Commission Trial Staff Opposing Request for Shortened Answer Period under ER18-99.

212.  Issued By:  Administrative Law Judges
Filed Date:  07/22/2021
Accession No.:  20210722-3071
Description:  Order of Chief Judge Granting In Part and Denying In Part Request to Shorten Answer Period re Southwest Power Pool, Inc. under ER18-99.

213.  Filed By:  Southwest Power Pool, Inc.
Filed Date:  07/26/2021
Accession No.:  20210726-5144
Description:  Joint Index of Pre-Filed Exhibits of Southwest Power Pool, Inc. on Behalf of the Active Participants under ER18-99-005.

214.  Filed By:  Southwest Power Pool, Inc.
Filed Date:  07/26/2021
Accession No.:  20210726-5102
Description:  Southwest Power Pool, Inc. submits Joint Witness List under ER18-99.

215.  Filed By:  Evergy Companies
Filed Date:  07/27/2021
Accession No.:  20210727-5157
Description:  The Indicated Southwest Power Pool, Inc. Transmission Owners et al. submits Revised Prepared Answering Testimony and Exhibits of Mr. J. Nicolas Puga under ER18-99. "Erroneously filed."

| Record Item No. | Description |
|---|---|

216.      Filed By:  Evergy Companies
Filed Date:  07/27/2021
Accession No.:  20210727-5158
Description:  The Indicated Southwest Power Pool, Inc. Transmission Owners et al. submits Revised Prepared Answering Testimony and Exhibits of Mr. J. Nicolas Puga under ER18-99.

217.      Filed By:  Evergy Companies
Filed Date:  07/28/2021
Accession No.:  20210728-5116
Description:  Revised Testimony and Exhibits of J. Nicolas Puga on behalf of the Indicated SPP Transmission owners under ER18-99.

218.      Filed By:  Commission Trial Staff
Filed Date:  07/29/2021
Accession No.:  20210729-5096
Description:  Answer of Commission Trial Staff Opposing Joint Motion to Hold Proceeding in Abeyance under ER18-99.

219.      Filed By:  GridLiance High Plains LLC
Filed Date:  07/29/2021
Accession No.:  20210729-5183
Description:  GridLiance High Plains LLC's Answer Opposing Joint Motion to Hold Proceeding In Abeyance under ER18-99.

220.      Filed By:  ARKMO Cities
Filed Date:  07/29/2021
Accession No.:  20210729-5138
Description:  ARKMO Cities submits Answer to Motion to Hold Proceeding in Abeyance under ER18-99.

221.      Filed By:  GridLiance High Plains LLC
Filed Date:  07/30/2021
Accession No.:  20210730-5091
Description:  GridLiance High Plains LLC's Motion for Leave to Reply and Reply to Southwest Power Pool, Inc. Answer Regarding Joint Motion to Hold Proceeding in Abeyance under ER18-99.

**Record**
**Item No.**          **Description**

222.          Filed By:  Southwest Power Pool Inc.
              Filed Date:  07/30/2021
              Accession No.:  20210730-5068
              Description:  Answer of Southwest Power Pool Inc. to Answers
              Opposing Abeyance under ER18-99.

223.          Issued By:  Administrative Law Judges
              Filed Date:  07/30/2021
              Accession No.:  20210730-3039
              Description:  Order of Chief Judge Denying Motion to Hold
              Proceeding in Abeyance re Southwest Power Pool, Inc. under
              ER18-99.

224.          Issued By:  Administrative Law Judges
              Filed Date:  08/03/2021
              Accession No.:  20210803-3015
              Description:  Order of Chief Judge Substituting Presiding Judge,
              Delaying Hearing Commencement Date, and Ordering Status
              Conference re Southwest Power Pool, Inc. under ER18-99.

225.          Filed By:  Evergy Companies
              Filed Date:  08/06/2021
              Accession No.:  20210806-5253
              Description:  Joint Motion to Strike Select Portions of the
              Supplemental Rebuttal Testimony of J. Brett Hooton of the Indicated
              SPP Transmission Owners and ARKMO Cities under ER18-99.

226.          Filed By:  Southwest Power Pool, Inc.
              Filed Date:  08/10/2021
              Accession No.:  20210810-5127
              Description:  Unopposed Joint Motion To Amend Procedural
              Schedule And Request For Shortened Answer Period And Expedited
              Consideration of Southwest Power Pool, Inc. et al. under ER18-99.

| Record Item No. | Description |
|---|---|

227.  Issued By:  Administrative Law Judges
Filed Date:  08/11/2021
Accession No.:  20210811-3004
Description:  Order of Chief Judge Shortening Answer Period re Southwest Power Pool, Inc. under ER18-99.

228.  Issued By:  Administrative Law Judges
Filed Date:  08/16/2021
Accession No.:  20210816-3011
Description:  Order of Chief Judge Extending Initial Decision Deadline re Southwest Power Pool, Inc. under ER18-99.

229.  Issued By:  Administrative Law Judges
Filed Date:  08/17/2021
Accession No.:  20210817-3034
Description:  Order Confirming Bench Ruling and Adopting Revised Procedural Schedule re Southwest Power Pool, Inc. under ER18-99.

230.  Issued By:  Administrative Law Judges
Filed Date:  08/19/2021
Accession No.:  20210819-3040
Description:  Order Confirming Bench Ruling and Adopting Revised Deadline for Initial Briefs re Southwest Power Pool, Inc. under ER18-99.

231.  Filed By:  Southwest Power Pool, Inc.
Filed Date:  08/25/2021
Accession No.:  20210825-5122
Description:  Joint Exhibit List submitted by Southwest Power Pool, Inc. on behalf of the Active Participants under ER18-99.

232.  Filed By:  Southwest Power Pool, Inc.
Filed Date:  08/25/2021
Accession No.:  20210825-5153
Description:  Joint Transcript Corrections of Southwest Power Pool, Inc. on behalf of the Active Participants under ER18-99.

**Record
Item No.**          **Description**

233.          Filed By:  Southwest Power Pool, Inc.
              Filed Date:  08/25/2021
              Accession No.:  20210825-5154
              Description:  Joint Transcript Corrections of Southwest Power Pool,
              Inc. on behalf of the Active Participants under ER18-99.

234.          Issued By:  Administrative Law Judges
              Filed Date:  08/30/2021
              Accession No.:  20210830-3065
              Description:  Order Adopting Transcript Corrections re Southwest
              Power Pool, Inc. under ER18-99.

235.          Issued By:  Administrative Law Judges
              Filed Date:  08/30/2021
              Accession No.:  20210830-3066
              Description:  Order Adopting Transcript Corrections re Southwest
              Power Pool, Inc. under ER18-99.

236.          Issued By:  Administrative Law Judges
              Filed Date:  09/08/2021
              Accession No.:  20210908-3034
              Description:  Order Regarding Transcript Corrections re Southwest
              Power Pool, Inc. under ER18-99.

237.          Filed By:  Indicated SPP Transmission Owners
              Filed Date:  09/09/2021
              Accession No.:  20210909-5133
              Description:  Initial Post-Hearing Brief of the Indicated SPP
              Transmission Owners under ER18-99.

238.          Filed By:  GridLiance High Plains LLC
              Filed Date:  09/09/2021
              Accession No.:  20210909-5134
              Description:  Supplemental Initial Brief of GridLiance High Plains
              LLC under ER18-99.

**Record
Item No.**          **Description**

239.          Filed By:  GridLiance High Plains LLC
              Filed Date:  09/09/2021
              Accession No.:  20210909-5135
              Description:  Supplemental Initial Brief of GridLiance High Plains
              LLC under ER18-99.

240.          Filed By:  Commission Trial Staff
              Filed Date:  09/09/2021
              Accession No.:  20210909-5121
              Description:  Initial Brief of Commission Trial Staff under ER18-99.
              (Refiled under 20210909-5123.)

241.          Filed By:  Commission Trial Staff
              Filed Date:  09/09/2021
              Accession No.:  20210909-5122
              Description:  Initial Brief of Commission Trial Staff under ER18-99.
              (Refiled under 20210909-5124.)

242.          Filed By:  Commission Trial Staff
              Filed Date:  09/09/2021
              Accession No.:  20210909-5123
              Description:  Initial Brief of Commission Trial Staff under ER18-99.

243.          Filed By:  Commission Trial Staff
              Filed Date:  09/09/2021
              Accession No.:  20210909-5124
              Description:  Initial Brief of Commission Trial Staff under ER18-99.

244.          Filed By:  Nebraska Public Power District
              Filed Date:  09/09/2021
              Accession No.:  20210909-5137
              Description:  Initial Brief of the Nebraska Public Power District under
              ER18-99.

| Record Item No. | Description |
|---|---|

245.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  09/09/2021
Accession No.:  20210909-5154
Description:  Supplemental Initial Brief of Southwest Power Pool, Inc. under ER18-99.

246.    Filed By:  ARKMO Cities
Filed Date:  09/09/2021
Accession No.:  20210909-5094
Description:  Brief of ARKMO Cities under ER18-99 et al.

247.    Filed By:  ARKMO Cities
Filed Date:  09/09/2021
Accession No.:  20210909-5093
Description:  Brief of ARKMO Cities under ER18-99 et al.

248.    Filed By:  City Utilities of Springfield, Missouri, et al.
Filed Date:  09/09/2021
Accession No.:  20210909-5130
Description:  Initial Post-Remand Post- Hearing Brief of Intervenor City Utilities of Springfield, Missouri, et al. under ER18-99.

249.    Filed By:  Indicated SPP Transmission Owners
Filed Date:   09/09/2021
Accession No.:  20210909-5132
Description:  Initial Post-Hearing Brief of the Indicated SPP Transmission Owners under ER18-99.

250.    Filed By:  Nebraska Public Power District
Filed Date:  09/09/2021
Accession No.:  20210909-5138
Description:  Initial Brief of the Nebraska Public Power District under ER18-99.

**Record
Item No.**          **Description**

251.          Filed By:  Arkansas Electric Cooperative Corporation
              Filed Date:  09/23/2021
              Accession No.:  20210923-0010
              Description:  Arkansas Electric Cooperative Corporation submits
              notice of substitution of counsel and update to service list under
              EL01-88 et al.

252.          Filed By:  GridLiance High Plains LLC
              Filed Date:  09/27/2021
              Accession No.:  20210927-5126
              Description:  Supplemental Reply Brief of GridLiance High Plains
              LLC under ER18-99.

253.          Filed By:  GridLiance High Plains LLC
              Filed Date:  09/27/2021
              Accession No.:  20210927-5127
              Description:  Supplemental Reply Brief of GridLiance High Plains
              LLC under ER18-99.

254.          Filed By:  ARKMO Cities, Indicated Southwest Power Pool, Inc.
              Transmission Owners
              Filed Date:  09/27/2021
              Accession No.:  20210927-5139
              Description:  Joint Reply Brief of ARKMO Cities and the Indicated
              Southwest Power Pool, Inc. Transmission Owners under ER18-99.

255.          Filed By:  ARKMO Cities and the Indicated Southwest Power Pool,
              Inc. Transmission Owners
              Filed Date:  09/27/2021
              Accession No.:  20210927-5140
              Description:  Joint Reply Brief of ARKMO Cities and the Indicated
              Southwest Power Pool, Inc. Transmission Owners under ER18-99.

| Record Item No. | Description |
|---|---|

256.    Filed By:  Nebraska Public Power District
Filed Date:  09/27/2021
Accession No.:  20210927-5153
Description:  Reply Brief of the Nebraska Public Power District under ER18-99.

257.    Filed By:  Nebraska Public Power District
Filed Date:  09/27/2021
Accession No.:  20210927-5152
Description:  Reply Brief of the Nebraska Public Power District under ER18-99.

258.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  09/27/2021
Accession No.:  20210927-5158
Description:  Supplemental Reply Brief and Objections and Rebuttals to Proposed Findings of Fact and Conclusions of Law of Southwest Power Pool, Inc. under ER18-99.

259.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  09/27/2021
Accession No.:  20210927-5159
Description:  Supplemental Reply Brief and Objections and Rebuttals to Proposed Findings of Fact and Conclusions of Law of Southwest Power Pool, Inc. under ER18-99.

260.    Filed By:  Commission Trial Staff
Filed Date:  09/27/2021
Accession No.:  20210927-5155
Description:  Reply Brief of Commission Trial Staff under ER18-99.

261.    Filed By:  Commission Trial Staff
Filed Date:  09/27/2021
Accession No.:  20210927-5154
Description:  Reply Brief of Commission Trial Staff under ER18-99.

**Record
Item No.**          **Description**

262.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  09/29/2021
              Accession No.:  20210929-3021
              Description:  Transcript of the 8/9/2021 hearing held in Washington,
              DC re Southwest Power Pool, Inc. under ER18-99.

263.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  09/29/2021
              Accession No.:  20210929-3033
              Description:  Transcript of the 8/10/2021 hearing held in Washington,
              DC re Southwest Power Pool, Inc. under ER18-99.

264.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  09/29/2021
              Accession No.:  20210929-3034
              Description:  Transcript of the 8/10/2021 hearing held in Washington,
              DC re Southwest Power Pool, Inc. under ER18-99.

265.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  09/29/2021
              Accession No.:  20210929-3035
              Description:  Transcript of the 8/11/2021 hearing held in Washington,
              DC re Southwest Power Pool, Inc. under ER18-99.

266.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  09/29/2021
              Accession No.:  20210929-3037
              Description:  Transcript of the 8/12/2021 hearing held in Washington,
              DC re Southwest Power Pool, Inc. under ER18-99.

267.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  09/29/2021
              Accession No.:  20210929-3038
              Description:  Transcript of the 8/12/2021 hearing held in Washington,
              DC re Southwest Power Pool, Inc. under ER18-99.

| Record Item No. | Description |
|---|---|

268.    Issued By:  Federal Energy Regulatory Commission
Filed Date:  09/29/2021
Accession No.:  20210929-3040
Description:  Transcript of the 8/13/2021 hearing held in Washington,
DC re Southwest Power Pool, Inc. under ER18-99.

269.    Issued By:  Federal Energy Regulatory Commission
Filed Date:  09/29/2021
Accession No.:  20210929-3041
Description:  Transcript of the 8/13/2021 hearing held in Washington,
DC re Southwest Power Pool, Inc. under ER18-99.

270.    Issued By:  Federal Energy Regulatory Commission
Filed Date:  09/29/2021
Accession No.:  20210929-3044
Description:  Transcript of the 8/16/2021 hearing held in Washington,
DC re Southwest Power Pool, Inc. under ER18-99.

271.    Issued By:  Federal Energy Regulatory Commission
Filed Date:  09/29/2021
Accession No.:  20210929-3045
Description:  Transcript of the 8/16/2021 hearing held in Washington,
DC re Southwest Power Pool, Inc. under ER18-99.

272.    Issued By:  Federal Energy Regulatory Commission
Filed Date:  09/29/2021
Accession No.:  20210929-3047
Description:  Transcript of the 8/17/2021 hearing held in Washington,
DC re Southwest Power Pool, Inc. under ER18-99.

273.    Issued By:  Federal Energy Regulatory Commission
Filed Date:  09/29/2021
Accession No.:  20210929-3048
Description:  Transcript of the 8/17/2021 hearing held in Washington,
DC re Southwest Power Pool, Inc. under ER18-99.

**Record**
**Item No.**          **Description**

274.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  09/29/2021
              Accession No.:  20210929-3053
              Description:  Transcript of the 8/18/2021 virtual hearing re Southwest
              Power Pool, Inc. under ER18-99.

275.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  09/29/2021
              Accession No.:  20210929-3054
              Description:  Transcript of the 8/18/2021 virtual hearing re Southwest
              Power Pool, Inc. under ER18-99.

276.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  10/01/2021
              Accession No.:  20211001-3062
              Description:  Corrected transcript of the 8/5/2021 prehearing
              conference held in Washington, DC re Southwest Power Pool, Inc.
              under ER18-99.

277.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  10/01/2021
              Accession No.:  20211001-3063
              Description:  Corrected transcript of the 8/9/2021 hearing held in
              Washington, DC re Southwest Power Pool, Inc. under ER18-99.

278.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  10/01/2021
              Accession No.:  20211001-3064
              Description:  Corrected transcript of the 8/10/2021 hearing held in
              Washington, DC re Southwest Power Pool, Inc. under ER18-99.

279.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  10/01/2021
              Accession No.:  20211001-3065
              Description:  Corrected transcript of the 8/10/2021 hearing held in
              Washington, DC re Southwest Power Pool, Inc. under ER18-99.

**Record
Item No.**          **Description**

280.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  10/01/2021
              Accession No.:  20211001-3066
              Description:  Corrected transcript of the 8/11/2021 hearing held in
              Washington, DC re Southwest Power Pool, Inc. under ER18-99.

281.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  10/01/2021
              Accession No.:  20211001-3067
              Description:  Corrected transcript of the 8/12/2021 hearing held in
              Washington, DC re Southwest Power Pool, Inc. under ER18-99.

282.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  10/01/2021
              Accession No.:  20211001-3068
              Description:  Corrected transcript of the 8/12/2021 hearing held in
              Washington, DC re Southwest Power Pool, Inc. under ER18-99.

283.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  10/01/2021
              Accession No.:  20211001-3069
              Description:  Corrected transcript of the 8/13/2021 hearing held in
              Washington, DC re Southwest Power Pool, Inc. under ER18-99.

284.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  10/01/2021
              Accession No.:  20211001-3070
              Description:  Corrected transcript of the 8/13/2021 hearing held in
              Washington, DC re Southwest Power Pool, Inc. under ER18-99.

285.          Issued By:  Federal Energy Regulatory Commission
              Filed Date:  10/01/2021
              Accession No.:  20211001-3071
              Description:  Corrected transcript of the 8/16/2021 hearing held in
              Washington, DC re Southwest Power Pool, Inc. under ER18-99.

**Record
Item No.**      **Description**

286.        Issued By:  Federal Energy Regulatory Commission
            Filed Date:  10/01/2021
            Accession No.:  20211001-3072
            Description:  Corrected transcript of the 8/16/2021 hearing held in
            Washington, DC re Southwest Power Pool, Inc. under ER18-99.

287.        Issued By:  Federal Energy Regulatory Commission
            Filed Date:  10/06/2021
            Accession No.:  20211006-3031
            Description:  Corrected transcript of the virtual hearing held on
            8/17/2021 re Southwest Power Pool, Inc. under ER18-99.

288.        Issued By:  Federal Energy Regulatory Commission
            Filed Date:  10/06/2021
            Accession No.:  20211006-3032
            Description:  Corrected transcript of the virtual hearing held on
            8/17/2021 re Southwest Power Pool, Inc. under ER18-99.

289.        Issued By:  Federal Energy Regulatory Commission
            Filed Date:  10/06/2021
            Accession No.:  20211006-3034
            Description:  Corrected transcript of the virtual hearing held on
            8/18/2021 re Southwest Power Pool, Inc. under ER18-99.

290.        Issued By:  Federal Energy Regulatory Commission
            Filed Date:  10/06/2021
            Accession No.:  20211006-3035
            Description:  Corrected transcript of the virtual hearing held on
            8/18/2021 re Southwest Power Pool, Inc. under ER18-99.

291.        Filed By:  The City of Goose Creek et al.
            Filed Date:  11/12/2021
            Accession No.:  20211112-5106
            Description:  Request to Update Information of The City of Goose
            Creek et al., under AD20-14 et al.

| **Record Item No.** | **Description** |
| --- | --- |

292.    Issued By:  Administrative Law Judges
        Filed Date:  12/02/2021
        Accession No.:  20211202-3016
        Description:  Order of Chief Judge Extending Initial Decision
        Deadline re Southwest Power Pool, Inc. under ER18-99.

293.    Issued By:  Administrative Law Judges
        Filed Date:  12/06/2021
        Accession No.:  20211206-3038
        Description:  Initial Decision re Southwest Power Pool, Inc. under
        ER18-99.

294.    Issued By:  Administrative Law Judges
        Filed Date:  12/06/2021
        Accession No.:  20211206-3039
        Description:  Initial Decision re Southwest Power Pool, Inc. under
        ER18-99.

295.    Issued By:  Settlement Judge
        Filed Date:  12/06/2021
        Accession No.:  20211206-3041
        Description:  Certification of Initial Decision and Official Record in
        Southwest Power Pool, Inc., under ER18-99-005 (Part 1 of 2 -
        Admitted Exhibits) "Erroneously Filed".

296.    Issued By:  Administrative Law Judges
        Filed Date:  12/06/2021
        Accession No.:  20211206-3042
        Description:  Certification of Initial Decision and Official Record in
        Southwest Power Pool, Inc., under ER18-99-005 (Part 1 of 2 -
        Admitted Exhibits).

| Record Item No. | Description |
| --- | --- |

297.  Issued By:  Administrative Law Judges
Filed Date:  12/06/2021
Accession No.:  20211206-3045
Description:  Certification of Initial Decision and Official Record in Southwest Power Pool, Inc., under ER18-99-005 (Part 2 of 2 - Admitted Exhibits).

298.  Issued By:  Administrative Law Judges
Filed Date:  12/06/2021
Accession No.:  20211206-3046
Description:  Certification of Initial Decision and Official Record in Southwest Power Pool, Inc., under ER18-99-005 (Part 1 of 2 - Admitted Exhibits).

299.  Issued By:  Administrative Law Judges
Filed Date:  12/06/2021
Accession No.:  20211206-3047
Description:  Certification of Initial Decision and Official Record in Southwest Power Pool, Inc., under ER18-99-005 (Part 1 of 1 - Rejected Exhibits).

300.  Issued By:  Administrative Law Judges
Filed Date:  12/06/2021
Accession No.:  20211206-3048
Description:  Certification of Initial Decision and Official Record in Southwest Power Pool, Inc., under ER18-99-005 (Part 1 of 2 - Admitted Exhibits).

301.  Filed By:  Indicated SPP Transmission Owners
Filed Date:  01/05/2022
Accession No.:  20220105-5176
Description:  Brief on Exceptions of The Indicated SPP Transmission Owners under ER18-99.

**Record**
**Item No.**    **Description**

302.        Filed By:  ARKMO Cities
            Filed Date:  01/05/2022
            Accession No.:  20220105-5112
            Description:  Brief on Exceptions of ARKMO Cities under ER18-99.
            (Erroneously filed.)

303.        Filed By:  ARKMO Cities
            Filed Date:  01/05/2022
            Accession No.:  20220105-5113
            Description:  Brief on Exceptions of ARKMO Cities under ER18-99.

304.        Filed By:  ARKMO Cities
            Filed Date:  01/05/2022
            Accession No.:  20220105-5127
            Description:  Brief on Exceptions of ARKMO Cities under ER18-99.

305.        Filed By:  ARKMO Cities
            Filed Date:  01/05/2022
            Accession No.:  20220105-5128
            Description:  Brief on Exceptions of ARKMO Cities under ER18-99.

306.        Filed By:  Indicated SPP Transmission Owners
            Filed Date:  01/05/2022
            Accession No.:  20220105-5177
            Description:  Brief on Exceptions of The Indicated SPP Transmission
            Owners under ER18-99.

307.        Filed By:  Commission Trial Staff
            Filed Date:  01/05/2022
            Accession No.:  20220105-5211
            Description:  Brief on Exceptions of Commission Trial Staff under
            ER18-99.

**Record
Item No.**       **Description**

308.           Filed By:  Commission Trial Staff
               Filed Date:  01/05/2022
               Accession No.:  20220105-5212
               Description:  Brief on Exceptions of Commission Trial Staff under
               ER18-99.

309.           Filed By:  Nebraska Public Power District
               Filed Date:  01/05/2022
               Accession No.:  20220105-5230
               Description:  Brief on Exceptions of the Nebraska Public Power
               District to the Initial Decision issued December 6, 2021 under ER18-
               99.

310.           Filed By:  Nebraska Public Power District
               Filed Date:  01/05/2022
               Accession No.:  20220105-5229
               Description:  Brief on Exceptions of the Nebraska Public Power
               District to the Initial Decision issued December 6, 2021 under ER18-
               99.

311.           Filed By:  City Utilities of Springfield, Missouri
               Filed Date:  01/25/2022
               Accession No.:  20220125-5100
               Description:  Brief of Intervenor City Utilities of Springfield,
               Missouri Opposing Exceptions of Arkmo Cities under ER18-99.

312.           Filed By:  GridLiance High Plains LLC
               Filed Date:  01/25/2022
               Accession No.:  20220125-5130
               Description:  Brief Opposing Exceptions of GridLiance High Plains
               LLC under ER18-99.

313.           Filed By:  GridLiance High Plains LLC
               Filed Date:  01/25/2022
               Accession No.:  20220125-5131
               Description:  Brief Opposing Exceptions of GridLiance High Plains
               LLC under ER18-99.

**Record Item No.**    **Description**

314.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  01/25/2022
Accession No.:  20220125-5151
Description:  Brief Opposing Exceptions of Southwest Power Pool, Inc. under ER18-99.

315.    Filed By:  GridLiance Holdco, LLC
Filed Date:  02/18/2022
Accession No.:  20220218-5217
Description:  Notice of Withdrawal of Counsel and Request to Update Service Lists of GridLiance Holdco, LLC under ER15-2594, et al.

316.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  03/21/2022
Accession No.:  20220321-5045
Description:  Notice of Withdrawal of Counsel and Request to Update Service Lists of Southwest Power Pool, Inc. under ER18-99, et al.

317.    Issued By:  Secretary of The Commission, FERC, Commissioners And Immediate Staff (The Commission)
Filed Date:  02/28/2023
Accession No.:  20230228-3063
Description:  Order on Initial Decision re Southwest Power Pool, Inc. under ER18-99.

318.    Filed By:  ARKMO Cities, et al.
Filed Date:   03/29/2023
Accession No.:  20230329-5244
Description:  ARKMO Cities, et al. submit Joint Request for Rehearing of the February 28, 2023 Order under ER18-99.

319.    Issued By:  Secretary of The Commission, FERC
Filed Date:  05/01/2023
Accession No.:  20230501-3006
Description:  Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration re Southwest Power Pool, Inc. under ER18-99.

| Record Item No. | Description |
| --- | --- |

320.    Issued By:  Secretary of The Commission, FERC
Filed Date:  05/26/2023
Accession No.:  20230526-3048
Description:  Combined Notice of Filings #1, May 26, 2023: This notice contains information concerning multiple filings received by FERC.

321.    Filed By:  Southwest Power Pool, Inc.
Filed Date:  05/26/2023
Accession No.:  20230526-5026
Description:  Southwest Power Pool, Inc. submits tariff filing per 35: South Central MCN LLC Compliance Filing Pursuant to Order Issued to be effective 4/1/2018 under ER18-99.  Filing Type: 80.

322.    Issued By:  Secretary of The Commission, FERC, Commissioners And Immediate Staff (The Commission)
Filed Date:  07/05/2023
Accession No.:  20230705-3018
Description:  Order Addressing Arguments Raised on Rehearing re Southwest Power Pool, Inc. under ER18-99.

         In witness whereof I have hereunto subscribed and caused the seal of the Federal Energy Regulatory Commission to be affixed this 1st day of August, 2023, at Washington, DC.

         /s/ *Kimberly D. Bose*
         Kimberly D. Bose,
         Secretary.

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d) and the Court's Administrative

Order Regarding Electronic Case Filing, I hereby certify that I have, this 1st day of

August 2023, served the foregoing upon the counsel listed in the Service

Preference Report via email through the Court's CM/ECF system.


/s/ J. Houston Shaner
J. Houston Shaner
Attorney


Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC  20426
Tel.:  (202) 502-6883
Email:  john.shaner@ferc.gov