

**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

**Matthew A. Fitzgerald**
Direct: 804.775.4716
mfitzgerald@mcguirewoods.com
Fax: 804.698.2251

November 7, 2023

**VIA CM/ECF**
Mark Langer, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

**Re: No. 23-1133, *Paragould Light & Water Commission, et al. v. FERC***
**Oral Argument Availability**

Dear Mr. Langer:

I represent the petitioners in *Paragould Light & Water Commission, et al. v. FERC*, No. 23-1133. I am submitting this letter to inform the Court of a period of time when I will not be available for oral argument in this case. I have a trip planned out of the country and will not be available from March 11 through March 28, 2024.

Very truly yours,

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald

cc: All counsel of record (via CM/ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2023, the foregoing was filed electronically with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and the system will serve them.

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald