# United States Court of Appeals
### For The District of Columbia Circuit
_____

No. 23-1133                            September Term, 2023

FERC-ER18-99-005
FERC-ER18-99-007

**Filed On: March 26, 2024** [2046897]

Paragould Light & Water Commission,
d/b/a Paragould Light, Water & Cable -
PLWC, et al.,

        Petitioners

        v.

Federal Energy Regulatory Commission,

        Respondent

------------------------------

City Utilities of Springfield, Missouri and
Southwest Power Pool, Inc.,
        Intervenors

## O R D E R

     It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 5, 2024, at 9:30 A.M.:

        Petitioners                                  -        10 Minutes

        Respondent                                 -        7 Minutes

        Intervenor Southwest Power Pool, Inc.     -        3 Minutes

     The panel considering this case will consist of Circuit Judges Pillard, Walker, and Pan.

     Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 28, 2024.

### Per Curiam

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                   BY:     /s/
                                Michael C. McGrail
                                Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

[Notification to the Court from Attorney Intending to Present Argument (Form 72)](#)