FEDERAL ENERGY REGULATORY COMMISSION
WASHINGTON, D.C. 20426

April 3, 2024

**<u>Via Electronic Case Filing</u>**
Mr. Mark Langer
Clerk of Court
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

      Re:   *Paragould Light & Water Commission v. FERC*, Case No. 23-1133
              Response to Petitioners' Rule 28(j) Letter

Dear Mr. Langer:

      This case is scheduled for oral argument on Friday, April 5, 2024. On Tuesday, April 2, Petitioners filed a Rule 28(j) letter addressing *City of Lincoln v. FERC*, 89 F.4th 926 (D.C. Cir. 2024), a decision this Court issued three months before Petitioners' letter.

      *City of Lincoln* does not control this case. There, the Federal Energy Regulatory Commission rejected the City of Lincoln's proposed placement in Southwest Power Pool Zone 19 because the proponents "failed to provide evidence that Lincoln in fact serves Zone 19 customers." *Id.* at 931. The Commission "reasonably concluded that Lincoln does not serve Zone 19 customers . . . ." *Id.* at 932. Lincoln identified no other potential benefits to Zone 19. *See id.* at 932–33.

      In this case, however, the record amply supports the Commission's conclusion that placement of certain transmission facilities in Southwest Power Pool Zone 10 would confer benefits to Zone 10 customers that are roughly commensurate with the costs of those facilities. *See* Resp't Br. 18–20, 59–66.

Mr. Mark Langer, Clerk
April 3, 2024
Page 2

        Respectfully submitted,

        */s/ J. Houston Shaner*
        J. Houston Shaner
        Attorney

Federal Energy Regulatory
 Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6883
Email: john.shaner@ferc.gov

## CERTIFICATE OF COMPLIANCE

      I certify that this response letter complies with the type-volume limitation of Fed. R. App. P. 28(j) because the body of this letter contains 169 words.

                                            */s/ J. Houston Shaner*
                                            J. Houston Shaner
                                            Attorney

Federal Energy Regulatory
 Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6883
Email: john.shaner@ferc.gov

# CERTIFICATE OF SERVICE

      I hereby certify that, on April 3, 2024, a copy of the foregoing document was filed electronically using the Court's CM/ECF system. Participants in this case will be served via the CM/ECF system.

      */s/ J. Houston Shaner*
      J. Houston Shaner
      Attorney

Federal Energy Regulatory
 Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6883
Email: john.shaner@ferc.gov

April 3, 2024