

1200 G Street, N.W., Suite 600
Washington, D.C. 20005-3898
Phone 202.393.1200
Fax 202.393.1240
wrightlaw.com

April 12, 2024

Mark J. Langer
Clerk of the Court
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Ave., NW
Washington, DC 20001

    Re:    ***Paragould Light & Water Commission, d/b/a Paragould Light, Water & Cable – PLLC, et al. v. FERC***, No. 23-1133
            (Oral Argument Held April 5, 2024)
            Rule 28(j) Supplemental Authority

Dear Mr. Langer:

       Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, Respondent-Intervenor Southwest Power Pool, Inc. ("SPP") provides additional information requested during oral argument.  *See* Oral Argument 1:07, *Paragould Light & Water Commission, d/b/a Paragould Light, Water & Cable – PLLC, et al. v. FERC*, No. 23-1133 (D.C. Cir. Apr. 5, 2024), https://www.cadc.uscourts.gov/recordings/recordings2023.nsf/84CC6981ADC1442185258AF600404290/$file/23-1133.mp3 ("You mentioned at the very beginning a couple of examples of, you know, assets coming on, localities, assets coming on board.  Do you what I'm talking about?" (Trinkle) "Yes, I do."  "Can you give any specifics – how would I find those?" (Judge Walker)).  Judge Walker also asked whether the City if Nixa, Missouri, had taken a position in another case the undersigned mentioned.  *Id.*

       The case referenced by counsel is currently pending and set for hearing before the Federal Energy Regulatory Commission in Docket No. ER22-1525-000.  *See Sw. Power Pool, Inc.*, 179 FERC ¶ 61,155 (2022).  That case involves a transmission owner serving load in multiple zones, and SPP assigning the respective transmission facilities interconnected with each of those loads to the respective zones where the load is located.  Similarly, in this proceeding SPP assigned transmission facilities to the zone where the interconnected load is located.  Neither the City of Nixa nor petitioners the "ARKMO Cities" have intervened in that proceeding.

In addition to the foregoing and *Nebraska Public Power District v. FERC*, 957 F.3d 932 (8th Cir. 2020), which was discussed at oral argument, SPP has on many occasions incorporated pre-existing facilities of transmission owners into existing pricing zones. *See, e.g.*, *Sw. Power Pool, Inc.*, 171 FERC ¶ 61,274 (2020), *order approving settlement*, 174 FERC ¶ 61,146 (2021) (approving a placement of existing transmission assets into SPP pricing zone 19). Attachment H of the SPP Open Access Transmission Tariff lists each of the pricing zones and the transmission owners with facilities in those zones. Table 1 of Attachment H lists several zones with more than one owner, the majority of which involved incorporating a transmission owner's pre-existing transmission facilities into an existing SPP pricing zone, such as is the case in the instant proceeding.

Respectfully submitted,

 */s/ Elizabeth P. Trinkle*
Matthew J. Binette
Elizabeth P. Trinkle
WRIGHT & TALISMAN, P.C.
1200 G Street, N.W., Suite 600
Washington, D.C. 20005-3898
(202) 393-1200
binette@wrightlaw.com
trinkle@wrightlaw.com

*Counsel for*
*Southwest Power Pool, Inc.*

2

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Rule 25(f) of the Circuit Rules of this Court, I hereby certify that I have, this 12th day of April 2024, served the foregoing letter via the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

              */s/ Elizabeth P. Trinkle*
Elizabeth P. Trinkle
WRIGHT & TALISMAN, P.C.
1200 G Street, N.W., Suite 600
Washington, D.C.  20005-3898
(202) 393-1200
trinkle@wrightlaw.com

*Counsel for*
*Southwest Power Pool, Inc.*