# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1133**                        **September Term, 2022**

FERC-ER18-99-005
FERC-ER18-99-007

**Filed On: May 24, 2023** [2000595]

Paragould Light & Water Commission,
d/b/a Paragould Light, Water & Cable -
PLWC, et al.,

        Petitioners

        v.

Federal Energy Regulatory Commission,

        Respondent

## N O T I C E

       This case was docketed on May 22, 2023. The Federal Energy Regulatory Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on May 22, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

       The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                            BY:      /s/
                                                       Amanda Himes
                                                       Deputy Clerk

Attachment:
        Certified Copy of Petition for Review