# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1133**     **September Term, 2022**

FERC-ER18-99-005
FERC-ER18-99-007

**Filed On: May 24, 2023** [2000596]

Paragould Light & Water Commission,
d/b/a Paragould Light, Water & Cable -
PLWC, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

## O R D E R

The petition for review in this case was filed and docketed on May 22, 2023, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 23, 2023 |
| Docketing Statement Form | June 23, 2023 |
| Procedural Motions, if any | June 23, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 23, 2023 |
| Statement of Issues to be Raised | June 23, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | June 23, 2023 |
| Dispositive Motions, if any | July 10, 2023 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1133**                                                          **September Term, 2022**

dates indicated.

| | |
|---|---|
| Entry of Appearance Form | June 23, 2023 |
| Procedural Motions, if any | June 23, 2023 |
| Certified Index to the Record | July 10, 2023 |
| Dispositive Motions, if any | July 10, 2023 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Amanda Himes
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases