# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 23-1133    2. DATE DOCKETED: 05-22-2023
3. CASE NAME (lead parties only) Paragould Light & Water Commission v. Federal Energy Regulatory Commission
4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes  ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: Federal Energy Regulatory Commission
   b. Give agency docket or order number(s): ER18-99-005 and ER18-99-007
   c. Give date(s) of order(s): 02/28/2023 and 05/01/2023
   d. Has a request for rehearing or reconsideration been filed at the agency? ☒ Yes  ☐ No
      If so, when was it filled? 03/29/2023  By whom? Please see attachment.
      Has the agency acted? ☒ Yes  ☐ No  If so, when? 05/01/2023
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Please see attachment.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes  ☒ No  If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes  ☒ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes  ☒ No  If YES, provide program name and participation dates.

Signature /s/ Matthew A. Fitzgerald    Date 06/13/2023
Name of Counsel for Appellant/Petitioner Matthew A. Fitzgerald
Address McGuireWoods LLP, Gateway Plaza, 800 East Canal Street, Richmond, VA 23219
E-Mail mfitzgerald@mcguirewoods.com    Phone ( 804 ) 775-4716    Fax ( 804 ) 698-2251

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Paragould Light & Water Commission, d/b/a Paragould Light, Water & Cable - PLWC; City of Poplar Bluff Municipal Utilities; Kennett Board of Public Works; City of Piggott-AR Municipal Light Water and Sewer; City of Malden - Board of Public Works; Evergy Kansas Central, Inc.; Evergy Metro, Inc.; Evergy Missouri West, Inc.; American Electric Power Service Corporation, on behalf of its affiliates Public Service Company of Oklahoma and Southwestern Electric Power Company; Xcel Energy Services Inc., on behalf of its operating company affiliate Southwestern Public Service Company; Western Farmers Electric Cooperative, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 23-1133 |
| *Petitioners*, | ) ) | |
| v. | ) ) | |
| Federal Energy Regulatory Commission, | ) ) | |
| *Respondent*. | ) ) | |

**ATTACHMENT TO DOCKETING STATEMENT OF PETITIONERS**

**Docketing Statement Question No. 6 – Case Information:**

**d.     Has a request for rehearing or reconsideration been filed at the agency? If so, when was it filed?  By whom?**

A joint request for rehearing of *Southwest Power Pool, Inc.*, Order on Initial Decision, Docket No. ER18-99-005, 182 FERC ¶ 61,141 (Feb. 28, 2023) ("Order") was filed by Paragould Light & Water Commission (d/b/a – Paragould Light,

1

Water & Cable – PLWC), City of Poplar Bluff Municipal Utilities, Kennett Board of Public Works, City of Piggott-AR Municipal Light Water and Sewer, City of Malden-Board of Public Works,[1] Evergy Kansas Central, Inc., Evergy Metro, Inc., Evergy Missouri West, Inc., American Electric Power Service Corporation on behalf of its affiliates Public Service Company of Oklahoma and Southwestern Electric Power Company, Xcel Energy Services Inc. on behalf of its operating company affiliate Southwestern Public Service Company, and Western Farmers Electric Cooperative on March 29, 2023.

**e.     Identify the basis of appellant's/petitioner's claim of standing.**

Section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b) (2012), permits a party aggrieved by an order of the Federal Energy Regulatory Commission ("Commission") to obtain judicial review of that order.

The orders in this case find that all customers in SPP's Zone 10 must pay for transmission lines built by the City of Nixa to benefit the City of Nixa. Most of the petitioners here are customers in SPP's Zone 10, and so the rates they pay have been higher because of the challenged orders. Financial injury from a challenged

---

[1] Paragould Light & Water Commission (d/b/a – Paragould Light, Water & Cable – PLWC), City of Poplar Bluff Municipal Utilities, Kennett Board of Public Works, City of Piggott-AR Municipal Light Water and Sewer, and City of Malden-Board of Public Works participated, collectively, in the underlying proceedings as the "ARKMO Cities."

2

government action is adequate to show Article III standing. *See Czyzewski v. Jevic Holding Corp.*, 580 U.S. 451, 464 (2017).

Likewise, all of the petitioners are members of SPP, and thus are endangered by cost-shifting decisions on zonal placement within SPP. Cost shifts destabilize RTOs by creating incentives for high-cost utilities to join and low-cost utilities to depart. Cost shifts also violate basic cost-of-service principles, under which only those who benefit from expensive transmission assets should pay for them. *Order 494*, 119 FERC ¶ 61,063, at ¶¶ 57-58 (2007) (discussing the "potential risk to RTO membership if [the Commission] were to impose substantial shifts in cost responsibility" and the "destabiliz[ing]" effect on RTOs). All existing participants in SPP have an interest in avoiding cost shifts when new participants join, and in preserving the stability of the RTO. The challenged orders injure that interest and correcting them would redress that injury under Article III.

Moreover, a group of the same petitioners here challenged SPP's zonal placement process categorically several years ago. The Commission responded to that challenge by inviting petitioners to raise their objections in later individual zonal placements instead, of which this is one. *See* Order on Initial Decision, 182 FERC ¶ 61,141, at ¶ 4 (Feb. 28, 2023).

| | |
|---|---|
| Dated: June 13, 2023 | Respectfully submitted, |
| | /s/ Matthew A. Fitzgerald |
| Robert A. Weishaar, Jr.<br>MCNEES WALLACE & NURICK LLC<br>1200 G Street NW, Suite 800<br>Washington, DC 20005<br>T: (202) 898-0688<br>bweishaar@mcneeslaw.com | Matthew A. Fitzgerald<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219<br>T: (804) 775-4716<br>mfitzgerald@mcguirewoods.com |
| Kenneth R. Stark<br>MCNEES WALLACE & NURICK LLC<br>100 Pine Street<br>Harrisburg, PA 17101<br>T: (717) 237-8000<br>kstark@mcneeslaw.com | Noel H. Symons<br>Carrie Mobley<br>MCGUIREWOODS LLP<br>888 16th Street NW, Suite 500<br>Washington, D.C. 20006<br>T: (202) 857-2929<br>nsymons@mcguirewoods.com<br>cmobley@mcguirewoods.com |
| *Counsel for Paragould Light Water & Cable, Paragould Light Commission, Poplar Bluff Municipal Utilities, Kennett Board of Public Works, City of Piggott Municipal Light Water & Sewer, and City of Malden Board of Public Works* | Patrick Smith<br>Corporate Counsel<br>THE EVERGY COMPANIES<br>818 S. Kansas Avenue, P.O. Box 889<br>Topeka, KS 66601<br>T: (785) 575-8362<br>Patrick.Smith@westarenergy.com |
| Daniel E. Frank<br>Allison E. S. Salvia<br>EVERSHEDS SUTHERLAND (US) LLP<br>700 Sixth Street, NW, Suite 700<br>Washington, DC 20001-3980<br>T: (202) 383-0100<br>danielfrank@eversheds-sutherland.com<br>allisonsalvia@eversheds-sutherland.com | *Counsel for the Evergy Companies and on behalf of all Petitioners*<br><br>Shaun M. Boedicker<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue N.W.<br>Washington, D.C. 20036<br>T: (202) 429-3000<br>sboedicker@steptoe.com |
| *Counsel for Western Farmers Electric Cooperative*<br><br>Timothy T. Mastrogiacomo<br>Lead Assistant General Counsel<br>XCEL ENERGY SERVICES INC. | |

4

701 Pennsylvania Avenue NW, Suite 250
Washington, D.C. 20004
T: (202) 661-4481
tim.t.mastrogiacomo@xcelenergy.com

*Counsel for Xcel Energy Services Inc. on behalf of its operating company affiliate Southwestern Public Service Company*

*Counsel for American Electric Power Service Corporation, on behalf of its affiliates, Public Service Company of Oklahoma and Southwestern Electric Power Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I also certify that on the same day, I sent a copy of the foregoing through U.S. Mail, postage prepaid, to the following:

Mr. Robert H. Solomon
Solicitor
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426

/s/ Matthew A. Fitzgerald
Matthew A. Fitzgerald

*Counsel for Petitioners*