# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Paragould Light & Water Commission, d/b/a Paragould Light, Water & Cable - PLWC; City of Poplar Bluff Municipal Utilities; Kennett Board of Public Works; City of Piggott-AR Municipal Light Water and Sewer; City of Malden - Board of Public Works; Evergy Kansas Central, Inc.; Evergy Metro, Inc.; Evergy Missouri West, Inc.; American Electric Power Service Corporation, on behalf of its affiliates Public Service Company of Oklahoma and Southwestern Electric Power Company; Xcel Energy Services Inc., on behalf of its operating company affiliate Southwestern Public Service Company; Western Farmers Electric Cooperative,<br><br>*Petitioners*,<br><br>v.<br><br>Federal Energy Regulatory Commission,<br><br>*Respondent*. | No. 23-1133 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

In accordance with Circuit Rule 28(a)(1) and the Order issued by this Court on May 24, 2023, the counsel certify as follows:

A.     **Parties and Amici**

The Petitioners are Paragould Light & Water Commission (d/b/a – Paragould Light, Water & Cable – PLWC), City of Poplar Bluff Municipal Utilities, Kennett Board of Public Works, City of Piggott-AR Municipal Light Water and Sewer, City of Malden-Board of Public Works,[1] Evergy Kansas Central, Inc., Evergy Metro, Inc., Evergy Missouri West, Inc., American Electric Power Service Corporation on behalf of its affiliates Public Service Company of Oklahoma and Southwestern Electric Power Company, Xcel Energy Services Inc. on behalf of its operating company affiliate Southwestern Public Service Company, and Western Farmers Electric Cooperative.  The Respondent is the Federal Energy Regulatory Commission ("Commission").  The following listed parties appeared in the underlying administrative proceedings, Commission Docket Nos. ER18-99-005 and ER18-99-007:

    American Electric Power Service Corporation

    Arkansas Electric Cooperative Corporation

    ARKMO Cities:

        City of Malden-Board of Public Works

---

[1] Paragould Light & Water Commission (d/b/a – Paragould Light, Water & Cable – PLWC), City of Poplar Bluff Municipal Utilities, Kennett Board of Public Works, City of Piggott-AR Municipal Light Water and Sewer, and City of Malden-Board of Public Works participated, collectively, in the underlying proceedings as the "ARKMO Cities."

    City of Piggott-AR Municipal Light Water and Sewer

    City of Poplar Bluff Municipal Utilities

    Kennett Board of Public Works

    Paragould Light & Water Commission (d/b/a – Paragould Light, Water & Cable – PLWC)

Associated Electric Cooperative, Inc.

Basin Electric Power Cooperative

City of Nixa

City Utilities of Springfield, Missouri

Federal Energy Regulatory Commission

GridLiance High Plains LLC

KAMO Electric Cooperative, Inc.

Kansas City Power & Light Company and KCP & L Greater Missouri Operations Company

Mid-Kansas Electric Company, LLC

Nebraska Public Power District

NextEra Energy Transmission Southwest, LLC

NextEra Energy, Inc.

South Central MCN LLC

Southwest Power Pool, Inc.

Southwestern Power Administration

Sunflower Electric Power Corporation

<u>The Evergy Companies</u>:

    Evergy Kansas Central, Inc.

>Evergy Metro, Inc.

>Evergy Missouri West, Inc.

Westar Energy, Inc.

Western Farmers Electric Cooperative

Xcel Energy Services Inc.

**B.     Rulings Under Review**

Petitioners seek review of the following orders issued by the Commission:

1.  *Southwest Power Pool, Inc.*, Order on Initial Decision, Docket No. ER18-99-005, 182 FERC ¶ 61,141 (Feb. 28, 2023); and

2.  *Southwest Power Pool, Inc.*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, Docket No. ER18-99-007, 183 FERC ¶ 62,048 (May 1, 2023).

**C.     Related Cases**

This case has not previously been before this Court or any other court. There are no related cases currently pending in this court or in any other court of which counsel is aware.

Dated: June 13, 2023                                  Respectfully submitted,

                                                      */s/ Matthew A. Fitzgerald*

Robert A. Weishaar, Jr.                               Matthew A. Fitzgerald
MCNEES WALLACE & NURICK LLC                           MCGUIREWOODS LLP
1200 G Street NW, Suite 800                           Gateway Plaza
Washington, DC 20005                                  800 East Canal Street
T: (202) 898-0688                                     Richmond, VA 23219
bweishaar@mcneeslaw.com                               T: (804) 775-4716

Kenneth R. Stark
MCNEES WALLACE & NURICK LLC
100 Pine Street
Harrisburg, PA 17101
T: (717) 237-8000
kstark@mcneeslaw.com

*Counsel for Paragould Light Water & Cable, Paragould Light Commission, Poplar Bluff Municipal Utilities, Kennett Board of Public Works, City of Piggott Municipal Light Water & Sewer, and City of Malden Board of Public Works*

Daniel E. Frank
Allison E. S. Salvia
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
T: (202) 383-0100
danielfrank@eversheds-sutherland.com
allisonsalvia@eversheds-sutherland.com

*Counsel for Western Farmers Electric Cooperative*

Timothy T. Mastrogiacomo
Lead Assistant General Counsel
XCEL ENERGY SERVICES INC.
701 Pennsylvania Avenue NW, Suite 250
Washington, D.C. 20004
T: (202) 661-4481
tim.t.mastrogiacomo@xcelenergy.com

*Counsel for Xcel Energy Services Inc. on behalf of its operating company affiliate Southwestern Public Service Company*

mfitzgerald@mcguirewoods.com

Noel H. Symons
Carrie Mobley
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, D.C. 20006
T: (202) 857-2929
nsymons@mcguirewoods.com
cmobley@mcguirewoods.com

Patrick Smith
Corporate Counsel
THE EVERGY COMPANIES
818 S. Kansas Avenue, P.O. Box 889
Topeka, KS 66601
T: (785) 575-8362
Patrick.Smith@westarenergy.com

*Counsel for the Evergy Companies and on behalf of all Petitioners*

Shaun M. Boedicker
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue N.W.
Washington, D.C. 20036
T: (202) 429-3000
sboedicker@steptoe.com

*Counsel for American Electric Power Service Corporation, on behalf of its affiliates, Public Service Company of Oklahoma and Southwestern Electric Power Company*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2023, I filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I also certify that on the same day, I sent a copy of the foregoing through U.S. Mail, postage prepaid, to the following:

Mr. Robert H. Solomon
Solicitor
Federal Energy Regulatory
Commission
888 First Street, NE
Washington, DC 20426

/s/ Matthew A. Fitzgerald
Matthew A. Fitzgerald

*Counsel for Petitioners*