# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Paragould Light & Water Commission, d/b/a Paragould Light, Water & Cable - PLWC; City of Poplar Bluff Municipal Utilities; Kennett Board of Public Works; City of Piggott-AR Municipal Light Water and Sewer; City of Malden - Board of Public Works; Evergy Kansas Central, Inc.; Evergy Metro, Inc.; Evergy Missouri West, Inc.; American Electric Power Service Corporation, on behalf of its affiliates Public Service Company of Oklahoma and Southwestern Electric Power Company; Xcel Energy Services Inc., on behalf of its operating company affiliate Southwestern Public Service Company; Western Farmers Electric Cooperative,<br><br>*Petitioners*,<br><br>v.<br><br>Federal Energy Regulatory Commission,<br><br>*Respondent*. | No. 23-1133 |

## STATEMENT OF INTENT REGARDING DEFERRED JOINT APPENDIX

Petitioners hereby give notice of their intent to use the deferred joint appendix procedure under Rule 30(c) of the Federal Rules of Appellate Procedure and Circuit Rule 30(c). Counsel for Respondent Federal Energy Regulatory Commission has been consulted and does not object.

Dated: June 13, 2023

Robert A. Weishaar, Jr.
MCNEES WALLACE & NURICK LLC
1200 G Street NW, Suite 800
Washington, DC 20005
T: (202) 898-0688
bweishaar@mcneeslaw.com

Kenneth R. Stark
MCNEES WALLACE & NURICK LLC
100 Pine Street
Harrisburg, PA 17101
T: (717) 237-8000
kstark@mcneeslaw.com

*Counsel for Paragould Light Water & Cable, Paragould Light Commission, Poplar Bluff Municipal Utilities, Kennett Board of Public Works, City of Piggott Municipal Light Water & Sewer, and City of Malden Board of Public Works*

Daniel E. Frank
Allison E. S. Salvia
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
T: (202) 383-0100
danielfrank@eversheds-sutherland.com
allisonsalvia@eversheds-sutherland.com

*Counsel for Western Farmers Electric Cooperative*

Timothy T. Mastrogiacomo
Lead Assistant General Counsel
XCEL ENERGY SERVICES INC.

Respectfully submitted,

/s/ Matthew A. Fitzgerald

Matthew A. Fitzgerald
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4716
mfitzgerald@mcguirewoods.com

Noel H. Symons
Carrie Mobley
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, D.C. 20006
T: (202) 857-2929
nsymons@mcguirewoods.com
cmobley@mcguirewoods.com

Patrick Smith
Corporate Counsel
THE EVERGY COMPANIES
818 S. Kansas Avenue, P.O. Box 889
Topeka, KS 66601
T: (785) 575-8362
Patrick.Smith@westarenergy.com

*Counsel for the Evergy Companies and on behalf of all Petitioners*

Shaun M. Boedicker
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue N.W.
Washington, D.C. 20036
T: (202) 429-3000
sboedicker@steptoe.com

2

701 Pennsylvania Avenue NW, Suite 250
Washington, D.C. 20004
T: (202) 661-4481
tim.t.mastrogiacomo@xcelenergy.com

*Counsel for Xcel Energy Services Inc. on behalf of its operating company affiliate Southwestern Public Service Company*

*Counsel for American Electric Power Service Corporation, on behalf of its affiliates, Public Service Company of Oklahoma and Southwestern Electric Power Company*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2023, I filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I also certify that on the same day, I sent a copy of the foregoing through U.S. Mail, postage prepaid, to the following:

Mr. Robert H. Solomon
Solicitor
Federal Energy Regulatory
Commission
888 First Street, NE
Washington, DC 20426

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald

*Counsel for Petitioners*