IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Paragould Light & Water Commission, d/b/a Paragould Light, Water & Cable - PLWC; City of Poplar Bluff Municipal Utilities; Kennett Board of Public Works; City of Piggott-AR Municipal Light Water and Sewer; City of Malden - Board of Public Works; Evergy Kansas Central, Inc.; Evergy Metro, Inc.; Evergy Missouri West, Inc.; American Electric Power Service Corporation, on behalf of its affiliates Public Service Company of Oklahoma and Southwestern Electric Power Company; Xcel Energy Services Inc., on behalf of its operating company affiliate Southwestern Public Service Company; Western Farmers Electric Cooperative,<br><br>*Petitioners*,<br><br>v.<br><br>Federal Energy Regulatory Commission,<br><br>*Respondent*. | No. 23-1133 |

## PRELIMINARY NON-BINDING STATEMENT OF ISSUES TO BE RAISED BY PETITIONERS

In accordance with this Court's May 24, 2023 Order, Petitioners Paragould Light & Water Commission (d/b/a – Paragould Light, Water & Cable – PLWC), City of Poplar Bluff Municipal Utilities, Kennett Board of Public Works, City of Piggott-AR Municipal Light Water and Sewer, City of Malden-Board of Public Works, Evergy Kansas Central, Inc., Evergy Metro, Inc., Evergy Missouri West,

1

Inc., American Electric Power Service Corporation on behalf of its affiliates Public Service Company of Oklahoma and Southwestern Electric Power Company, Xcel Energy Services Inc. on behalf of its operating company affiliate Southwestern Public Service Company, and Western Farmers Electric Cooperative respectfully submit the following non-binding statement of issues to be presented for review:

1. FERC acted contrary to law and arbitrarily and capriciously by considering the benefits the Nixa assets provide to the City of Nixa itself in assessing whether to require *non*-City of Nixa customers to pay for the Nixa assets.

2. FERC acted arbitrarily and capriciously and without substantial evidence in finding that the Nixa assets provide meaningful benefits to Zone 10 customers other than those in the City of Nixa itself.

3. FERC acted arbitrarily and capriciously by accepting an unjustified cost shift—by forcing customers in Zone 10 who receive no "roughly commensurate benefits" to pay for the Nixa assets anyway.

Dated: June 13, 2023                                    Respectfully submitted,

                                                        */s/ Matthew A. Fitzgerald*

Robert A. Weishaar, Jr.                                 Matthew A. Fitzgerald
MCNEES WALLACE & NURICK LLC                             MCGUIREWOODS LLP
1200 G Street NW, Suite 800                             Gateway Plaza
Washington, DC 20005                                    800 East Canal Street

2

T: (202) 898-0688
bweishaar@mcneeslaw.com

Kenneth R. Stark
MCNEES WALLACE & NURICK LLC
100 Pine Street
Harrisburg, PA 17101
T: (717) 237-8000
kstark@mcneeslaw.com

*Counsel for Paragould Light Water & Cable, Paragould Light Commission, Poplar Bluff Municipal Utilities, Kennett Board of Public Works, City of Piggott Municipal Light Water & Sewer, and City of Malden Board of Public Works*

Daniel E. Frank
Allison E. S. Salvia
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
T: (202) 383-0100
danielfrank@eversheds-sutherland.com
allisonsalvia@eversheds-sutherland.com

*Counsel for Western Farmers Electric Cooperative*

Timothy T. Mastrogiacomo
Lead Assistant General Counsel
XCEL ENERGY SERVICES INC.
701 Pennsylvania Avenue NW, Suite 250
Washington, D.C. 20004
T: (202) 661-4481
tim.t.mastrogiacomo@xcelenergy.com

*Counsel for Xcel Energy Services Inc. on behalf of its operating company affiliate Southwestern Public Service Company*

Richmond, VA 23219
T: (804) 775-4716
mfitzgerald@mcguirewoods.com

Noel H. Symons
Carrie Mobley
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, D.C. 20006
T: (202) 857-2929
nsymons@mcguirewoods.com
cmobley@mcguirewoods.com

Patrick Smith
Corporate Counsel
THE EVERGY COMPANIES
818 S. Kansas Avenue, P.O. Box 889
Topeka, KS 66601
T: (785) 575-8362
Patrick.Smith@westarenergy.com

*Counsel for the Evergy Companies and on behalf of all Petitioners*

Shaun M. Boedicker
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue N.W.
Washington, D.C. 20036
T: (202) 429-3000
sboedicker@steptoe.com

*Counsel for American Electric Power Service Corporation, on behalf of its affiliates, Public Service Company of Oklahoma and Southwestern Electric Power Company*

3

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2023, I filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I also certify that on the same day, I sent a copy of the foregoing through U.S. Mail, postage prepaid, to the following:

Mr. Robert H. Solomon
Solicitor
Federal Energy Regulatory
Commission
888 First Street, NE
Washington, DC 20426

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald

*Counsel for Petitioners*